Civil Action No.: _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

NOV 29 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

========================================================================

IN RE

4-07MC-033-A

**RUSSELL JAY REGER,**

Petitioner, Pro Se.

========================================================================

**ON ORIGINAL VERIFIED PETITION**
**TO PERPETUATE AND PRESERVE**
**TESTIMONY UNDER**
**FED. R. CIV. P., RULE 27(a) AND (c)**

========================================================================

PETITIONER REGER'S EXHIBIT SECTION IN SUPPORT OF
VERIFIED PETITION TO PERPETUATE AND PRESERVE TESTIMONY
UNDER FED. R. CIV. P., RULE 27(a) AND (c)

========================================================================

rjr

**TAKE JUDICIAL NOTICE (FED. R. EVID. 201(d))**

Petitioner, Pro Se.
Russell Jay Reger #747783
French M. Robertson Unit.
12071 FM 3522
Abilene, Texas 79601-8749
(325)548-9035

# EXHIBIT "A"



MEMBERS
Online Tools
Maintaining Your License
Build Your Practice
Get Involved
Member Benefits

NEWS & INFORMATION
News and Events
About The State Bar
Links

PUBLIC
Find A Lawyer
Complaints About Lawyers
Consumer Information
Teacher Resources

Home
Search the State Bar Site

## Search Results

### WALKER, JAMES K.

| BarCard # | 20708000 |
|---|---|

### Contact Information

| Company | |
|---|---|
| Business Address | |
| | 218 SANDALWOOD LN |
| | LEVELLAND  TX  79336-6816 |
| Business Phone | (806) 894-9036 |

### Current Member Status

| Texas License Date | 9/12/1960 |
|---|---|
| Current Status | Eligible to Practice in Texas |

### Public Discipline History, if Any

| Discipline History | Click Here For Discipline History Detail |
|---|---|

### Discipline History Detail

| Last Discipline Date | None On File |
|---|---|
| History Detail | This Attorney's status record indicates no prior disciplinary actions. For additional detail or certification of this information you must contact the State Bar of Texas Office of the Chief Disciplinary Counsel at (877)953-5535 |

© 2002 State Bar of Texas    Feedback | Contact Us | Disclaimer | Privacy Statement | State Bar Careers

http://www.texasbar.com/members/onlinetools/members.asp?BarCard=20708000&ShowD...    8/19/2003

Mrs. Pamela K. Hand
1027 W. Pioneer Pkwy. #E
Arlington, Texas 76013

May 27, 2004

TEXAS SECRETARY OF STATE
Executive Division
Attn: Acting General Counsel
Capitol Bldg., 1E.8
P.O. Box 12697, Capitol Station
Austin, Texas 78711-2697

RE: Information on FORMER / RETIRED / SENIOR - Visiting Judges
Tex. R. Jud. Admin., Rule 12 [REQUEST]

Dear General Counsel,

In my continued research under U.S. Constitution article VI, Clause 3; Texas Constitution article XVI, §1(c), (d), (f)(Vernon 1989, Supp. 1993); and 1 Texas Administrative Code §73.71(Vernon 1983), I've since found that each mandates that [all] elected and/or appointed judicial officers of this State [shall] TAKE, and FILE executed ("Anti-bribery Oath / Affirmation") and ("Oath / Affirm -ation of Office") with (each) new term of appointment / assignment and/or off- ice held. After such is complied with, 1 T.A.C. §73.71 explicitly requires:

> "[A] commission will be issued and forwarded to an appointed   or elected state officer following receipt of an executed oath of offi- ce."

Id. 1 TX ADC §73.71, effective 8 Tex.Reg. 3183. Nowhere within 1 T.A.C. §73.71, does it state anywhere that it "does not apply to Former / Retired / Senior Vis -iting Judges in this State."

Texas Government Codes §§74.054; 74.055; 74.0551; 74.056 and 75.001 allow "Former / Retired / Senior Visiting Judges" to elect to continue "appointment / assignments" on benchs all around Texas. My question to you under this matter - is:

(A) Does this mean that their "term" of appointment / assignment wo- uld begin, and end every two years when they re-elected to serve under Tex. Gov't Code §74.0551?

(B) Do those judges "terms" not exceed two years under Tex. Constit- ution art. XVI, §30(a)?

(C) If their "terms" where every two years, would that mean that the Judge would have to [re]take and [re]file Oath[s] under Tex. Con -st. art. XVI, (c), (d) and (f)?

Pages: 1 of 2

(D) If that is so, then why wouldn't the Secretary of State not re-issue a commission to those judges under 1 T.A.C. §73.71 so that they would know that they had the authority to act as a Judge?

(E) If the Secretary of State does not issue commissions to such visiting (special) judges, then who would?

These questions are my main areas of concern; because Tex. Const. art. XVI, §1 must be executed with <u>each</u> <u>new</u> <u>term</u>. Tex. Gov't Code §74.0551 must be executed <u>every</u> <u>two</u> (2) <u>years</u>, (making a "term" limit) and mandating when a new statement of appointed officer must be re-filed. A commission issues only when the Constitutional mandates have been followed, as per 1 T.A.C. §73.71. Yet, I can not find anywhere, where the oath of office is not supposed to be filed with the Secretary of State, by one whom participates in the assigned judge program of this State. Neither have I found where the Secretary of State is not supposed to issue commissions to Former / Retired / Senior Visiting Officers, pursuant to 1 T.A.C. §73.71.

Please provide me with answers to my above-listed questions, along with any Texas Attorney General Opinions; legislature mandates and/or administrative memorandum requiring that the Secretary of State treat appointed / assigned judicial officers differently, from those elected. Thank you for your time and consideration in this request, and I await your timely reply, under Tex. R. Jud. Admin., Rule 12.6(b). If you are not the custodian of my requested records above, please ascertain whom that custodian would be, and forward this request on to them, after giving me notice, under Rule 12.6(f).

Sincerely,

Pamela K. Hand

cc: PKH/file
TEXAS JUDGE WATCH

Pages: 2 of 2

# The State of Texas



Business and Public Filings Division
P.O. Box 13697
Austin, Texas 78711-3697

Phone: 512-463-5586
Fax: 512-463-5709
TTY : 7-1-1
www.sos.state.tx.us

### Geoffrey S. Connor
### Secretary of State

June 9, 2004

Mrs. Pamela K. Hand
1027 W. Pioneer Pkwy., #E
Arlington, TX 76013

RE: Request for copies of Documents Pertaining to Judge James K. Walker

Dear Mrs. Hand:

Enclosed please find copies of documents that are provided in response to the above-captioned request from you, dated May 27, 2004. Also enclosed is an invoice regarding the charges for such copies. A review of the records of the Office of the Secretary of State ("SOS") reveals that James K. Walker filed the following documents with the SOS:

1. An "Oath of Office," dated February 24, 1984, for the office of District Judge, 286th Judicial District.

2. An "Oath of Office," dated December 6, 1984, for the office of Judge, 286th District Court.

3. An "Oath of Office," dated February 5, 1987, for the office of Judge of the 286th Judicial District.

Your May 27, 2004 request also asked that the SOS furnish copies of commissions issued pursuant to any oaths of office filed with the SOS. This office is unable to comply with such request because the SOS does not retain copies of commissions that are issued. However, a copy of the letter from Governor Mark White, dated February 24, 1984, appointing James K. Walker to the above-referenced 286th District Court is enclosed.

Sincerely,

*Lorna Wassdorf*

Lorna Wassdorf
Director, Business & Public Filings

Enclosures

cc: Benjamin M. Hanson
    General Counsel



**MARK WHITE**
**GOVERNOR**

OFFICE OF THE GOVERNOR
STATE CAPITOL
AUSTIN, TEXAS 78711

February 24, 1984

The Honorable John W. Fainter, Jr.
Secretary of State
Capitol Building
Austin, Texas 78701

Dear Mr. Secretary:

   Please be advised that I am making the following appointment TO BE JUDGE OF THE 286TH JUDICIAL DISTRICT, COCKRAN AND HOCKLEY COUNTIES, UNTIL THE NEXT GENERAL ELECTION AND UNTIL HIS SUCCESSOR SHALL BE DULY ELECTED AND QUALIFIED:

   JAMES K. WALKER
   109 A Washington
   Morton, Texas 79346

   (Mr. Walker is replacing The Honorable Frank B. Kiser, Jr. of Levelland, Hockley County, Texas, who is deceased.)

   Please issue a commission to this appointee as soon as he has qualified.

                              Respectfully submitted,

                              Mark White
                              Governor of Texas

# In the name and by the authority of
# The State of Texas

## OATH OF OFFICE

I, __James K. Walker__, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of __District Judge, 286th Judicial District__ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm), that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or the confirmation thereof. So help me God.

*James K. Walker*
JAMES K. WALKER

SWORN TO and Subscribed before me by __James K. Walker__ on this __24th__ day of __February__, 19__84__.

*M. C. Ledbetter*
M. C. LEDBETTER
DISTRICT JUDGE RETIRED

(Seal)

Notary Printed Name

Commission Expiration Date

# The State of Texas

## OATH OF OFFICE

I, _James K. Walker_, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of _Judge, 286th District Court_ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm), that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected. So help me God.

_James K. Walker_

SWORN TO and Subscribed before me by _James K. Walker_ on this _6_ day of _December_, 19_86_.

_Robert H. George_
Notary Public, State of Texas

_Robert H. George_
Notary Printed Name

_9-30-88_
Commission Expiration Date

unexpired

# The State of Texas

## OATH OF OFFICE

I, __James K. Walker__, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of __Judge of the 286th Judicial District__ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm), that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected. So help me God.

_/s/ James K. Walker_

SWORN TO and Subscribed before me by __James K. Walker__ on this __5th__ day of __January__, 19__87__.

_/s/ Stacy R. Hurst_
Notary Public, State of Texas

__Stacy R. Hurst__
Notary Printed Name

__2/11/87__
Commission Expiration Date

12-31-90

# EXHIBIT "B"

# AFFIDAVIT TO SERVE ON JUDICIAL ASSIGNMENT

I, __JAMES K. WALKER__, desire my name to be included on the list of the Presiding Judge of the __8th__ Administrative Judicial Region of retired and former judges subject to assignment pursuant to Sections 74.054 - 74.056, Texas Government Code.

For that purpose, and to comply with the provisions of Sec. 74.055(c)(4), I swear (or affirm) that I meet the following requirements of Section 74.055, Texas Government Code:

(1) I have served as a judge for at least 48 months in a district, statutory county or appellate court, to wit: __84__ months of service on the __286th__ (court) of __District__ (district or county).

(2) I have developed substantial experience in the following area(s) of specialty: __Criminal, Civil, Domestic Relations__ (criminal, civil and/or domestic relations)

(3) I have not been removed from office.

(4) I did not resign from office after having received notice that formal proceedings by the State Commission on Judicial Conduct had been instituted as provided in Section 33.022 of the Texas Government Code and before the final disposition of the proceedings.

(5) I understand that I must annually demonstrate that I have completed in the preceding calendar year the educational requirements for active district and statutory

county court judges, to wit, at least 16 hours of instruction in substantive, procedural and evidentiary laws and court administration, as provided by the Rules of Judicial Education of the Supreme Court of Texas.

(6) I certify my willingness not to appear and plead as an attorney in any court in this state for the period of time ending December 31, 1992*

(7) I understand that unless I file a revocation as provided by Section 75.0551, Texas Government Code, my certification under (6) above is renewed for subsequent two-year periods by operation of law.

_____
(signature of affiant)

SWORN TO and subscribed to before me this 19th day of September, 19 91.

_____
(Notary Public in and for the State of Texas)

My Commission Expires 11-20-93

RUBY REED
Notary Public State of Texas
My Commission Expires Nov. 20, 1993

* An initial certification of willingness not to appear and plead must be made not later than the 90th day after leaving judicial service. An initial certification made _before_ the judge leaves office must extend through December 31 of the _year following the year in which the judge leaves active service_. An initial certification made _after_ the judge leaves active service must extend through December 31 of the _year following the year in which certification is made_. -- Section 74.0551(b), Gov. Code.

The transition provisions of S. B. 1564, 71st Leg. (1989) provide that an initial certification filed before January 1, 1990 expires December 31, 1991.

\user\jim\jim1.doc



# THE SUPREME COURT OF TEXAS

POST OFFICE BOX 12248    AUSTIN, TEXAS 78711
TEL: (512) 463-1312
FAX: (512) 463-1365

**CHIEF JUSTICE**
THOMAS R. PHILLIPS

**JUSTICES**
NATHAN L. HECHT
CRAIG T. ENOCH
PRISCILLA R. OWEN
HARRIET O'NEILL
WALLACE B. JEFFERSON
MICHAEL H. SCHNEIDER
STEVEN WAYNE SMITH
DALE WAINWRIGHT

**CLERK**
ANDREW WEBER

**EXECUTIVE ASSISTANT**
WILLIAM L. WILLIS

**DEPUTY EXECUTIVE ASSISTANT**
JIM HUTCHESON

**ADMINISTRATIVE ASSISTANT**
NADINE SCHNEIDER

**PUBLIC INFORMATION OFFICER**
OSLER McCARTHY

August 13, 2003

Mrs. Gaye N. Garner
5302 Guava Drive
Harlingen, Texas 78552

Dear Mrs. Garner:

Your letter to the Chief Justice has been given to me for response.

I am sending you copies of the only documents this Court has on file concerning Judge James K. Walker. This is the only document we normally have on former or retired district judges sitting on assignment. You may contact the office of the Regional Presiding Judge of the 9th Administrative Judicial Region, which may have additional documentation. The address is 500 West Main, Room 204W, Brownfield, Texas 79316. The telephone is 806/637-8918.

Sincerely,

William L. Willis
Executive Assistant

# JAMES K. WALKER

Former Judge 286th District Court
218 Sandalwood
Levelland, Texas 79336
Phone 806-894-9036

February 4, 1996

Honorable Thomas R. Phillips
Chief Justice, Supreme Court of Texas
Supreme Court Building
Austin, Texas 78711

Dear Chief Justice Phillips:

Pleas be advised that I retired as a District Judge on the 31st day of January.

I hereby elect to continue to serve as a judicial officer of the State of Texas under the provision of Article 75.001 of the Texas Government Code.

I look forward to continuing to serve our State as a judicial officer whenever called upon to do so.

Yours truly,

*James K. Walker*

James K. Walker

cc: Hon. Ray D. Anderson
Presiding Judge
9th Administrative Region
Terry County Courthouse
Brownfield, Texas 79316



| | | |
|---|---|---|
| CHIEF JUSTICE<br>　THOMAS R. PHILLIPS<br><br>JUSTICES<br>　RAUL A. GONZALEZ<br>　JACK HIGHTOWER<br>　NATHAN L. HECHT<br>　JOHN CORNYN<br>　CRAIG ENOCH<br>　ROSE SPECTOR<br>　PRISCILLA R. OWEN<br>　JAMES A. BAKER | **THE SUPREME COURT OF TEXAS**<br>POST OFFICE BOX 12248　・　AUSTIN, TEXAS 78711<br>TEL: (512) 463-1312<br>FAX: (512) 463-1365<br><br>February 8, 1996 | CLERK<br>　JOHN T. ADAMS<br><br>EXECUTIVE ASS'T<br>　WILLIAM L. WILLIS<br><br>ADMINISTRATIVE ASS'T<br>　NADINE SCHNEIDER |

The Honorable James K. Walker
218 Sandlewood
Levelland, Texas 79336

Dear Judge Walker:

　This is to acknowledge receipt of your letter dated February 4, 1996, in which you advise that you become a retired judge effective January 31, 1996, and that you elect pursuant to Texas Government Code § 75.001 to be a judicial officer subject to assignment.

　We appreciate your service to the people of Texas on the bench of the 286th District Court, in sitting on assignment as a former judge, and your willingness to continue that service by sitting on assignment as a retired judge.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Thomas R. Phillips
　　　　　　　　　　　　　　　Chief Justice


cc:　Hon. Ray D. Anderson
　　　Comptroller's Claims Div.
　　　Retirement System



# The Supreme Court of Texas

**CHIEF JUSTICE**
THOMAS R. PHILLIPS

**JUSTICES**
NATHAN L. HECHT
PRISCILLA R. OWEN
HARRIET O'NEILL
WALLACE B. JEFFERSON
MICHAEL H. SCHNEIDER
STEVEN WAYNE SMITH
DALE WAINWRIGHT
SCOTT BRISTER

201 West 14th Street   Post Office Box 12248   Austin TX 78711
Telephone: 512/463-1312   Facsimile: 512/463-1365

**CLERK**
ANDREW WEBER

**EXECUTIVE ASSISTANT**
WILLIAM L. WILLIS

**ADMIN. ASSISTANT**
NADINE SCHNEIDER

May 12, 2004

Ms. Wyona Ard
603 S. Parkway Drive, Apt. 39
Alvarado, Texas 76009-5523

Dear Ms. Ard:

I enclose a copy of Judge James K. Walker's letter of February 4, 1996, advising of his election under Texas Government Code § 75.001, and a copy of Chief Justice Phillips' letter dated February 8, 1996, acknowledging receipt of that letter. These are the only documents we have.

Sincerely,

William L. Willis
Executive Assistant



## THE SUPREME COURT OF TEXAS

POST OFFICE BOX 12248     AUSTIN, TEXAS 78711
TEL: (512) 463-1312
FAX: (512) 463-1365

CHIEF JUSTICE
  THOMAS R. PHILLIPS

JUSTICES
  RAUL A. GONZALEZ
  JACK HIGHTOWER
  NATHAN L. HECHT
  JOHN CORNYN
  CRAIG ENOCH
  ROSE SPECTOR
  PRISCILLA R. OWEN
  JAMES A. BAKER

CLERK
  JOHN T. ADAMS

EXECUTIVE ASS'T
  WILLIAM L. WILLIS

ADMINISTRATIVE ASS'T
  NADINE SCHNEIDER

February 8, 1996

The Honorable James K. Walker
218 Sandlewood
Levelland, Texas 79336

Dear Judge Walker:

This is to acknowledge receipt of your letter dated February 4, 1996, in which you advise that you become a retired judge effective January 31, 1996, and that you elect pursuant to Texas Government Code § 75.001 to be a judicial officer subject to assignment.

We appreciate your service to the people of Texas on the bench of the 286th District Court, in sitting on assignment as a former judge, and your willingness to continue that service by sitting on assignment as a retired judge.

Sincerely,

Thomas R. Phillips
Chief Justice

cc:  Hon. Ray D. Anderson
     Comptroller's Claims Div.
     Retirement System

# JAMES K. WALKER

Former Judge 286th District Court
218 Sandalwood
Levelland, Texas 79336
Phone 806-894-9036

February 4, 1996

Honorable Thomas R. Phillips
Chief Justice, Supreme Court of Texas
Supreme Court Building
Austin, Texas 78711

Dear Chief Justice Phillips:

    Pleas be advised that I retired as a District Judge on the 31st day of January.

    I hereby elect to continue to serve as a judicial officer of the State of Texas under the provision of Article 75.001 of the Texas Government Code.

    I look forward to continuing to serve our State as a judicial officer whenever called upon to do so.

Yours truly,

*James K. Walker*

James K. Walker

cc:  Hon. Ray D. Anderson
     Presiding Judge
     9th Administrative Region
     Terry County Courthouse
     Brownfield, Texas 79316

## AFFIDAVIT TO SERVE ON JUDICIAL ASSIGNMENT

I, _James K. Walker_, desire my name to be included on the list of the Presiding Judge of the _9th_ Administrative Judicial Region of retired and former judges subject to assignment pursuant to Sections 74.054 - 74.056, Texas Government Code.

For that purpose, and to comply with the provisions of Sec. 74.055(c)(4), I swear (or affirm) that I meet the following requirements of Section 74.055, Texas Government Code:

(1) I have served as a judge for at least 48 months in a district, statutory county or appellate court, to wit: _144_ months of service on the _6 yrs 11mo 286th_ of _District Court r 5yrs 1mo as a visiting judge._
(district or county)                                    (court)

(2) I have developed substantial experience in the following area(s) of specialty: _Criminal, Civil + domestic relations_
(criminal, civil and /or domestic relations)

(3) I have not been removed from office.

(4) I did not resign from office after having received notice that formal proceedings by the State Commission on Judicial Conduct had been instituted as provided in Section 33.022 of the Texas Government Code and before the final disposition of the proceedings.

(5) I understand that I must annually demonstrate that I have completed in the preceding calendar year the educational requirements for active district and statutory