county court judges, to wit, at least 16 hours of instruction in substantive, procedural and evidentiary laws and court administration, as provided by the Rules of Judicial Education of the Supreme Court of Texas.

(6) I certify my willingness not to appear and plead as an attorney in any court in this state for the period of time ending December 31, 1997*

(7) I understand that unless I file a revocation as provided by Section 75.0551, Texas Government Code, my certification under (6) above is renewed for subsequent two-year periods by operation of law.

_____
(signature of affiant)

SWORN TO and subscribed to before me this 20 day of February, 19 96.

LORRIE PARHAM
MY COMMISSION EXPIRES
February 2, 1998

_____
(Notary Public in and for the State of Texas)

My Commission Expires 2/2/98

\* *An initial certification of willingness not to appear and plead must be made not later than the 90th day after leaving judicial service. An initial certification made <u>before</u> the judge leaves office must extend through December 31 of the <u>year following the year in which the judge leaves active service</u>. An initial certification made <u>after</u> the judge leaves active service must extend through December 31 of the <u>year following the year in which certification is made</u>. -- Section 74.0551(b), Gov. Code.*

*The transition provisions of S. B. 1564, 71st Leg. (1989) provide that an initial certification filed before January 1, 1990 expires December 31, 1991.*

\user\jim\jim1.doc



# NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

August 11, 2003

Mrs. Gaye N. Garner
5302 Guava Drive
Harlingen, Texas 78552

Re: Judge James K. Walker-Senior/Former/Visiting Judge

Dear Mrs. Garner:

I have received your request dated August 6, 2003 for copies of various items related to Judge James K. Walker.

Per your request, I have enclosed a copy of an assignment dated January 10, 1997, whereby my predecessor, Judge Ray D. Anderson, assigned Judge Walker to the Eighth Administrative Judicial Region for re-assignment by the Presiding Judge thereof. This assignment was for the period beginning January 12, 1997 and ending June 30, 1997. Records from prior to that date have most likely been destroyed.

I have no copies of any oaths for the period from April, 1996 through April, 1997. That was before I took this position, but it is my understanding that the visiting judges did not sign oaths during that time period. As such, I am fairly certain that none existed.

Thank you for your attention to this matter.

Sincerely,

Kelly G. Moore
KGM/cb

cc:     File

THE STATE OF TEXAS

NINTH ADMINISTRATIVE JUDICIAL REGION

ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

PURSUANT TO SECTION 74.056, TEX. GOV'T CODE, I ASSIGN THE HONORABLE __JAMES K. WALKER__

```
___      JUDGE OF THE
_X_      SENIOR JUDGE OF THE
___      FORMER JUDGE OF THE
```

__286TH__ DISTRICT COURT

_____ COUNTY COURT AT LAW NO. __ OF _____ COUNTY, TEXAS

_____ COURT OF APPEALS

TO THE

_____ DISTRICT COURT OF _____ COUNTY, TEXAS.

_____ COUNTY COURT AT LAW NO. ___ OF _____ COUNTY, TEXAS.

__8TH__ ADMINISTRATIVE JUDICIAL REGION FOR REASSIGNMENT BY THE PRESIDING JUDGE THEREOF.

__X__ THIS ASSIGNMENT IS FOR THE PERIOD BEGINNING __JAN. 12__, 19__97__, AND ENDING __JUNE 30__, 19__97__, PROVIDED THAT THE ASSIGNMENT SHALL CONTINUE THEREAFTER SO LONG AS MAY BE NECESSARY FOR THE ASSIGNED JUDGE TO COMPLETE THE TRIAL OF ANY CAUSE BEGUN DURING THIS PERIOD, AND TO PASS ON MOTIONS FOR NEW TRIAL AND ALL OTHER MATTERS GROWING OUT OF ANY CAUSE HEARD BY THE ASSIGNED JUDGE DURING SUCH PERIOD.

IT IS ORDERED THAT THE CLERK, UPON RECEIPT HEREOF, SHALL POST A COPY OF THIS ORDER IN A PUBLIC AREA OF THE CLERK'S OFFICE OR COURTHOUSE SO THAT ATTORNEYS AND PARTIES MAY BE ADVISED OF THIS ASSIGNMENT.

SIGNED THIS __10TH__ DAY OF __JANUARY__, 19__97__.

_(signed)_
PRESIDING JUDGE,
NINTH ADMINISTRATIVE JUDICIAL REGION

ATTEST:

_(signed)_
ADMINISTRATIVE ASSISTANT

XC:

C

# EXHIBIT "C"

IN THE COURT OF APPEALS FOR THE
SECOND COURT OF APPEALS DISTRICT OF TEXAS

RUSSELL JAY REGER, § 
    APPELLANT § 
 § 
V. §    NO. 02-96-00217-CR
 § 
THE STATE OF TEXAS, § 
    APPELLEE § 

→ *APPEALED FROM CAUSE NUMBER 0579930D IN THE CRIMINAL DISTRICT COURT NUMBER THREE OF TARRANT COUNTY, TEXAS; THE HONORABLE JAMES K. WALKER, JUDGE PRESIDING.*

TO THE HONORABLE COURT OF APPEALS:

## THE CASE IN BRIEF

THE CHARGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . MURDER
(R. I at 3)

THE PLEA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . NOT GUILTY
(R. IV at 2)

THE VERDICT (Jury) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . GUILTY
(R. I at 83)

THE PUNISHMENT (Jury) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . LIFE
(R. I at 90-91)

SEPTEMBER 8, 2003


RE; ASSIGNMENTS FOR JUDGE JAMES WALKER

DEAR MRS. GARNER;

PER YOUR REQUEST FOR COPIES REGARDING ASSIGNMENTS FOR JUDGE JAMES WALKER FROM APRIL 1996 TO APRIL 1997, PLEASE SEE ATTACHED.


SINCERELY,

GAIL COX
ADMINISTRATIVE CLERK
CRIMINAL DISTRICT COURT THREE

THE STATE OF TEXAS

8th ADMINISTRATIVE JUDICIAL REGION

ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Section 74.056, Texas Government Code, I assign the Honorable James Walker, Senior District Judge of the 286th Court to the

Criminal District Court No. 3 of Tarrant County, Texas.

This assignment is for the period beginning April 7th, 1996 and ending April 12th, 1996, provided that the assignment shall continue thereafter so long as may be necessary for the assigned judge to complete trial of any cause begun during such period, and to pass on motions for new trial and all other matters growing out of any cause heard by the assigned judge during such period.

It is ordered that the Clerk of the Court to which this assignment made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned judge.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a public area of the Clerk's office or courthouse so that attorneys and parties may be advised of this assignment.

SIGNED April 1st, 1996

_____
Presiding Judge,
8th Administrative Judicial Region of Texas

ATTEST: _____
Administrative Assistant

VOL. 68 PAGE 156A

THE STATE OF TEXAS

8th ADMINISTRATIVE JUDICIAL REGION

ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

    Pursuant to Section 74.056, Texas Government Code, I assign the Honorable James Walker, Senior District Judge of the 286th Court to the

Criminal District Court No. 3 of Tarrant County, Texas.

    This assignment is for the purpose of presiding in Cause No. 0557466; State of Texas vs Rudy R. Garza and such other matters as may come on for hearing. This assignment is for a period beginning as determined by the assigned judge and shall continue thereafter so long as may be necessary for the assigned judge to complete trial of any cause begun during such period, and to pass on motions for new trial and all other matters growing out of any cause heard by the assigned judge during such period.

    It is ordered that the Clerk of the Court to which this assignment made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned judge.

    It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a public area of the Clerk's office or courthouse so that attorneys and parties may be advised of this assignment.

SIGNED April 29th, 1997

_____
Presiding Judge,
8th Administrative Judicial Region of Texas

ATTEST: _____
Administrative Assistant

VOL. 22 PAGE 153A

THE STATE OF TEXAS

8th ADMINISTRATIVE JUDICIAL REGION

ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Section 74.056, Texas Government Code, I assign the Honorable James Walker, Senior District Judge of the 286th Court to the

Criminal District Court No. 3 of Tarrant County, Texas.

This assignment is for the purpose of presiding in Cause No. 0557468; State Texas vs Rudy R. Garza and such other matters as may come on for hearing. This assignment is for a period beginning as determined by the assigned judge and shall continue thereafter so long as may be necessary for the assigned judge to complete trial of any cause begun during such period, and to pass on motions for new trial and all other matters growing out of any cause heard by the assigned judge during such period.

It is ordered that the Clerk of the Court to which this assignment made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned judge.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a public area of the Clerk's office or courthouse so that attorneys and parties may be advised of this assignment.

SIGNED April 29th, 1997

_____
Presiding Judge,
8th Administrative Judicial Region of Texas

ATTEST: _____
Administrative Assistant

VOL. 12 PAGE 154A

# THE STATE OF TEXAS

**8th** ADMINISTRATIVE JUDICIAL REGION

## ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Section 74.056, Tex. Gov't. Code, I assign the Honorable

JAMES K. WALKER

- [ ] Judge of the
- [x] Senior Judge of the
- [ ] Former Judge of the

__286th__ District Court

_____ County Court at Law No. _____ of _____ County, Texas

_____ Court of Appeals

to the

__Criminal__ District Court, __#3 Tarrant__ County, Texas.

_____ County Court at Law No. _____ of _____ County, Texas.

_____ Administrative Judicial Region for reassignment by the Presiding Judge thereof.

[x] This assignment is for the period beginning __March 30__, 19__97__, and ending __April 4__, 19__97__, provided that the assignment shall continue thereafter so long as may be necessary for the assigned judge to complete the trial of any cause begun during the period, and to pass on motions for new trial and all other matters growing out of any cause heard by the assigned judge during such period.

It is ordered that the Clerk of the Court to which this assignment is made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned judge.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a public area of the Clerk's office or courthouse so that attorneys and parties may be advised of this assignment.

SIGNED this __25__ day of __March__, 19__97__.

ATTEST:

_____ _____
Administrative Assistant              Presiding Judge,
                                      8th Administrative Judicial Region of Texas

VOL __71__ PAGE __481A__

# EXHIBIT "D"

Ms. Wyona Ard
603 S. Parkway Dr.
Apt. #39
Alvarado, Texas 76009-5523

April 3, 2004

EIGHTH ADMINISTRATIVE JUDICIAL REGION
Presiding Judge, Jeff Walker
Tarrant Co. Justice Center
401 W. Belknap St.
Fort Worth, Texas 76196
(817)884-1558
FAX: 884-1560

    RE: Texas Rules of Judicial Administration, Rule 12 - REQUEST

Your Honor, Judge Moore,

    My research has found that Mr. James K. Walker was initially "elected" to the 286th Judicial District Court in Hockley / Cochran Counties, in 1987. He thereafter lost his "reelection" bid in 1991, and thereafter became a "former / visiting judge" until he retired on January 31, 1996. At that time, he then became a "retired / visiting judge." In April, 1996 through April, 1997; Mr. Walker was assigned from the NINTH ADMINISTRATIVE JUDICIAL REGION, over to your EIGHTH ADMINISTRATIVE JUDICIAL REGION, and he sat upon benches in Tarrant County, Texas during those times. Thus, I herewith REQUEST true copies of all Official "COMMISSION[S]" to [Act] as a Judicial and/or Public Official, in the years: 1987; 1991; 1996 and 2000. Such would have been issued and forwarded to your Office by the Texas Secretary of State, pursuant to 1 T.A.C. §73.71(Vernon 1983).

    If you are not the Custodian of the above requested records, please ascertain who that person would be and forward this REQUEST on to them, while also giving me written notice of said forwarding, pursuant to Tex. R. Jud. Admin., Rule 12.6(f). I look forward to receiving action on this REQUEST within **Fourteen (14) days** as mandated under Tex. R. Jud. Admin., Rule 12.6(b).

    Thank you for your time and consideration in this GOOD FAITH matter.

Sincerely,

*Wyona Ard*
Wyona Ard

cc: WA-file



# Eighth Administrative Judicial Region

### Office of Presiding Judge

5th Floor, Tarrant County Justice Center
Fort Worth, Texas 76196

**Counties**

ARCHER
CLAY
COOKE
DENTON
EASTLAND
EARATH
HOOD
JACK
JOHNSON
MONTAGUE
PALO PINTO
PARKER
SOMERVELL
STEPHENS
TARRANT
WICHITA
WISE
YOUNG

**JEFF WALKER**
Presiding Judge
Telephone (817) 884-1558

**OUIDA STEVENS**
Administrative Assistant

**CAROL NICHOLS**
Special Project Assistant

Telephone (817) 884-1558
FAX       (817) 884-1560

E-Mail:
eighthadmin@earthlink.net

April 12, 2004

Ms. Wyona Ard
603 S. Parkway Dr. Apt #39
Alvarado, Texas 76009-5523

                  Re: Rule 12-request

Dear Ms. Ard:

    Enclosed you will find the "oaths" we have on file for Judge James K. Walker.

    The "commissions" that you request are not forwarded to this office by the Secretary of State.

    We suggest you contact the Secretary of State at the following address:

    Office of Secretary of State
    Statutory Documents Section
    P.O. Box 12887, Capitol Station
    Austin, Texas 78711

                            Very truly yours,

                            Jeff Walker, Presiding Judge
                            8th Administrative Judicial Region

JW:os
Encl.



In the name and by the authority of

# The State of Texas

## OATH OF OFFICE

### OF SENIOR OR FORMER JUDGE WHO HAS CERTIFIED HIS/HER WILLINGNESS TO SERVE ON JUDICIAL ASSIGNMENT

I, JAMES K. WALKER, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, County or Magistrate Court of the State of Texas (Serving by Judicial Assignment), and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_James K. Walker_
Signature

SWORN TO and Subscribed before me by JAMES K. Walker on this 14 day of June, 1999.

_Judy D. Miller_
Signature of Person Administering Oath

JUDY D. MILLER
Printed Name

NOTARY PUBLIC
Title

JUDY D. MILLER
MY COMMISSION EXPIRES
November 18, 2001



# The State of Texas

## Statement of Judicial Officer

I, JAMES K. WALKER, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or valuable thing, or promised any public office or employment as a reward to secure my assignment as a visiting Judge in any case or to any court to which I have been assigned heretofore or to which I may be assigned in the future, so help me God.

_____
Affiant's Signature

Sr. Judge of 286th District Court
Office

Hockley
County

SWORN TO and subscribed before me by Affiant on this 1 day of June 1999.

_____
Signature of Person Administering Oath

Judy D. Miller
Printed Name

NOTARY PUBLIC
Title

JUDY D. MILLER
MY COMMISSION EXPIRES
November 18, 2001

# STATEMENT OF APPOINTED OFFICER
(Pursuant to Tex. Const. art. XVI, §1(d))

I, __JAMES K. WALKER__, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or confirmation thereof, so help me God.

_____
Affiant's Signature

**Filed in the Office of Secretary of State**

Office: (Senior) / Former Judge Eligible to Serve on Assignment
__Ninth__ Administrative Judicial Region

**SEP 2 5 2000**

**Statutory Filings Division
Statutory Documents**

SWORN TO AND SUBSCRIBED before me by affiant on this the __18th__ day of __August__, 2000.

KATHY J. ROBERTS
Notary Public, State of Texas
My Commission Expires 2-24-2001

_____
Notary Public in and for the State of Texas

My Commission Expires: __2-24-2001__

I-81

# IN THE NAME AND BY THE AUTHORITY OF

# THE STATE OF TEXAS

## OATH OF OFFICE

I, __JAMES K. WALKER__, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, or County Court of the State of Texas, serving by judicial assignment, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_James K. Walker_
**Affiant**

SWORN TO AND SUBSCRIBED before me by affiant on this __4__ day of __October__, 20__00__.

_Dianna Stueart_
**Signature of Person Administering Oath**

[Notary Seal: DIANNA STUEART, Notary Public, State of Texas, Commission Expires 8-14-2004]

_Dianna Stueart_
**Printed Name**

_Notary for Texas_
**Title**

I-82



# NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

July 7, 2004

Ms. Wyona Ard
603 S. Parkway Drive, Apt. #39
Alvarado, Texas 76009-5530

Re: Your Request for Information Regarding James K. Walker

Dear Ms. Ard:

I have received your letter dated June 22, 2004 requesting oaths of Judge James K. Walker. I am pleased to enclose to you, with this letter, copies of the following documents:

1. OATH OF OFFICE dated October 4, 2000;
2. STATEMENT OF APPOINTED OFFICER dated August 18, 2000.
3. OATH OF OFFICE dated June 14, 1999; and
4. STATEMENT OF JUDICIAL OFFICER dated June 14, 1999.

Judge Walker did not qualify to sit as an assigned judge until January, 1991. As such, the NINTH ADMINISTRATIVE JUDICIAL REGION has absolutely no records related to Judge Walker prior to that date. Therefore, based upon the foregoing, I respond to your specific requests as follows:

    a) I am not the custodian of any OATH OF OFFICE for the year 1984 on James K. Walker. If all of the people you have contacted (as set forth in your letter) have denied possession of this document, I cannot tell you who would be the custodian of the record, as you have apparently contacted everyone that I would think would have a copy of the document;

    b) I do not have a copy of Judge Walker's commission from 1984. I do not know who the custodian of that record would be;

Ms. Wyona Ard
July 7, 2004
Page Two

---

      c) I do not have a copy of an executed OATH OF OFFICE for Judge Walker dated January 5, 1987 and, I cannot tell you who would be the custodian of the record, as you have apparently contacted everyone that I would think would have a copy of the document;

      d) I do not have a copy of Judge Walker's commission from January 5, 1987. I do not know who the custodian of that record would be;

      e) The first "Anti-bribery Oath" that I possess is the "STATEMENT OF JUDICIAL OFFICER" dated June 14, 1999, enclosed to you as Item No. 4 above. Judge Walker did not execute an "Anti-bribery Oath" to my knowledge from September 1, 1989 until June 14, 1999;

      f) Judge Walker did not execute an OATH OF OFFICE, to my knowledge, between 1991 and 1996; and

      g) The only oaths executed by Judge Walker are those attached as Items 1 and 3 above.

Ms. Ard, I hope that this has answered your questions.

I can say with a degree of confidence that Judge Walker did not execute an OATH or STATEMENT filed with anyone from the date of his retirement through 1999, and those Oaths are attached. It was simply not the practice of the administrative regions to obtain the Oaths until certain court decisions indicated that it might be necessary to do so.

Sincerely,

Kelly G. Moore
KGM/cb

cc:    Hon. James K. Walker
        Margaret McGloin Bennett

# IN THE NAME AND BY THE AUTHORITY OF

# THE STATE OF TEXAS

## OATH OF OFFICE

I, __JAMES K. WALKER_____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, or County Court of the State of Texas, serving by judicial assignment, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_James K. Walker_
Affiant

SWORN TO AND SUBSCRIBED before me by affiant on this __4__ day of _October_, 20_00_.

_Dianna Stueart_
Signature of Person Administering Oath

DIANNA STUEART
Notary Public, State of Texas
Commission Expires 8-14-2004

_Dianna Stueart_
Printed Name

_Notary for Texas_
Title

I-82