# STATEMENT OF APPOINTED OFFICER
(Pursuant to Tex. Const. art. XVI, §1(d))



I, __JAMES K. WALKER__, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or confirmation thereof, so help me God.

_____
Affiant's Signature

Office: __Senior__ / Former Judge Eligible to Serve on Assignment
__Ninth__ Administrative Judicial Region

**Filed in the Office of Secretary of State**

**SEP 2 5 2000**

**Statutory Filings Division
Statutory Documents**

SWORN TO AND SUBSCRIBED before me by affiant on this the __18th__ day of __August__, 2000.

KATHY J. ROBERTS
Notary Public, State of Texas
My Commission Expires 2-24-2001

_____
Notary Public in and for the State of Texas

My Commission Expires: __2-24-2001__

I-81



In the name and by the authority of

# The State of Texas

## OATH OF OFFICE

### OF SENIOR OR FORMER JUDGE WHO HAS CERTIFIED HIS/HER WILLINGNESS TO SERVE ON JUDICIAL ASSIGNMENT

I, JAMES K. WALKER, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, County or Magistrate Court of the State of Texas (Serving by Judicial Assignment), and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_James K. Walker_
Signature

SWORN TO and Subscribed before me by JAMES K. Walker on this 14 day of June, 1999.

_Judy D. Miller_
Signature of Person Administering Oath

JUDY D. MILLER
Printed Name

NOTARY PUBLIC
Title

JUDY D. MILLER
MY COMMISSION EXPIRES
November 18, 2001

# The State of Texas

## Statement of Judicial Officer



I, JAMES K. WALKER, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or valuable thing, or promised any public office or employment as a reward to secure my assignment as a visiting Judge in any case or to any court to which I have been assigned heretofore or to which I may be assigned in the future, so help me God.

_James K. Walker_
Affiant's Signature

Sr. Judge of 286th District Court
Office

Hockley
County

SWORN TO and subscribed before me by Affiant on this 1 day of June, 1999.

_Judy B Miller_
Signature of Person Administering Oath

Judy D. Miller
Printed Name

NOTARY PUBLIC
Title

JUDY D. MILLER
MY COMMISSION EXPIRES
November 18, 2001

# EXHIBIT "E"

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

July 26, 2004

Governor Rick Perry
State Capitol Bldg.
1400 Congress Ave.,
P.O. Box 12428
Austin, Texas 78711-2428
(512)463-2000
FAX: 463-0039

      **RE:** Former / Retired - Visiting Judge: <u>JAMES K. WALKER</u>
            Tex. Gov't Code Chapter 552; Tex. R. Jud. Admin., Rule 12 REQUEST

Dear Governor Perry,

    I herewith request true copies of [**ANY**] "Commission[s]" issued to JAMES K. WALKER, by your Office, from or within the years: **1984; 1991; 1996** or **2000**; pursuant to Tex. Gov't Code §601.005(a)(Vernon's 1993). I've already checked with the Secretary of State; Eighth and Ninth Administrative Judicial Regions and all do not possess such; nor do any have executed Oaths of Office from Mr. Walker on file, from **1991** through **2000**, pursuant to Texas Constitution article **XVI, §1**.

    Please forward true copies of the above requested judicial records back to my above listed address, via U.S. First Class Mail. I plan to also request same evidence from the State Comptrollers Office under Tex. Gov't Code §§601.007 and **601.008**; as well as **32.302(d)**(Vernon's 1985; Supp. 1993). I feel that Mr. Walker never was authorized to draw a salary as a State Officer, from the State of Texas, and as a Tax Payer, I am not pleased to know of such facts. I look forward, to hearing back from you in this request; reviewing any documents that you may find, and would thank you for your time and consideration in this GOOD FAITH matter.

                                                Very truly yours,

                                                *Shirley Carter Hooks*

                                                Shirley Carter Hooks

SCH/file   CONFIRMATION BY FAX
cc: Texas Judge Watch
    Mr. Dan Malone

ACTIVITY REPORT

```
TIME  : 07/26/2004 15:32
NAME  :
FAX   :
TEL   :
SER.# : BROE1J408654
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|---|
| #001 | ~~06/21~~ | 11:02 | ~~18303720400~~ | 32 | 01 | OK | TX  ECM |
| #002 | 07/26 | 15:24 | 18303720400 | 31 | 01 | OK | TX  ECM |
| #003 | 07/26 | 15:26 | 15124630039 | 23 | 01 | OK | TX  ECM |
| #004 | 07/26 | 15:28 | 18178841560 | 21 | 01 | OK | TX  ECM |
| #005 | 07/26 | 15:29 | 15124634965 | 02:40 | 11 | OK | TX  ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX
```



OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

August 5, 2004

**VIA CERTIFIED MAIL**

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

Dear Ms. Hooks:

We received on July 26, 2004 your request under the Public Information Act (the "PIA") for information related to Judge James K. Walker. Specifically, the request was for:

> "...true copies of (any) "Commission(s)" issued to James K. Walker, by the office of the Governor, from or within the years 1984; 1991; 1996 or 2000."

After reviewing our records, we have determined that the Office of the Governor has no documents responsive to your request.

The Office of the Governor is not the custodian of the records of prior governors. Rather, you may wish to contact the Texas State Library and Archives Commission to inquire whether the documents you request are in its custody.

If you have any questions or need additional information, you may contact me at the address below or at (512) 463-1788.

Sincerely,

J. Kevin Patteson
Assistant General Counsel

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

July 26, 2004


COMPTROLLER OF PUBLIC ACCOUNTS
Hon. Carol Keeton Strayhorn
LBJ Bldg., Ste #104
111 E. 17th St.
Austin, Texas 78774
(512)463-4000
FAX: 463-4965

    RE: DEMAND FOR EVIDENCE OF QUALIFICATION – Judge: <u>JAMES K. WALKER</u>
        Tex. Gov't Code §601.007(Vernon 1993/1997)

Dear Mrs. Strayhorn,

    After a considerable amount of investigation being conducted over the past years time, I have discovered that: <u>JAMES K. WALKER</u> was originally elected by general election to preside over the **286th** Judicial District Court of Cochran/ Hockley County, Texas; back in **1984**. In **1991**, Mr. Walker was defeated in reelections. Mr. Walker then elected himself to take judicial assignments as a FORMER/ VISITING Judge, from **1991**, until **January 31, 1996**. On **January 31, 1996**, Mr. Walker elected himself to RETIRE, under Tex. Gov't Code §**75.001**. Mr. Walker then further presided over various proceedings from **1996**, to present date.

    The attached heretowith (EXHIBITS) conclusively prove by clear and convinc -ing evidence that Mr. Walker was an UNATHORIZED OFFICER, from **1991**, to present date, pursuant to Tex. Gov't Code §**601.008**, and yet, still continued to draw a salary from your Office, pursuant to Tex. Gov't Code §§**32.302(d); 659.012** and **660.001**.

    Mr. Walker DID NOT executed Oaths of Office, nor "Anti-bribery Oaths" as mandated under Tex. Const. art. **XVI, §1**; from **1991**, through **2000**. Thus, he had NO AUTHORITY to "Act" as a FORMER/SENIOR - Visiting Judge during those times and no Commission was ever issued to him pursuant to Tex. Gov't Code §**601.005(a)**. In these lean times of budget shortfalls, and being a Tax paying citizen; I DEMAND evidence be shown to the contrary. If such cannot be produced, then Mr. Walker needs to be compelled to repay such funds back into your Office. Thank you for your time in this matter, and I eagerly await your reply back in these regards.

                                                          Very truly yours,

SCH/file
CONFIRMATION BY FAX
cc: Texas Judge Watch
    Mr. Dan Malone

ATTACHED EXHIBITS = 10 Pages                     Ms. Shirley Carter Hooks



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. BOX 13528
AUSTIN, TX 78711-3528

August 20, 2004

Ms. Shirley Hooks
7900 State Highway 155 North
Gilmer, Texas 75644

**Re: James K. Walker, Visiting District Judge
    Section 601.007, Government Code**

Dear Ms. Hooks:

I have been asked to respond to your recent letter concerning the state's payments to Judge James K. Walker for services he performed as a visiting judge. You feel that Judge Walker was not qualified to serve in this capacity because he allegedly failed to comply with certain state statutes. You asked our office to investigate this matter.

I am sensitive to the issue you raise about the accountability of all public officials in Texas. However, although this office pays all state judges (including visiting district judges), we have no real oversight responsibilities with respect to judicial qualifications or appointments. Our function in the judicial payroll area is generally a ministerial one based on certifications made to us by the presiding judge in each of the judicial districts across the state.

The statutes you cited deal with actions that may be taken by certain officials prior to paying public officials. Judge Walker has no pending claims for payment before this office at the present time. Therefore, there is no action we can take with respect to this matter now.

While we have no jurisdiction, you may wish to contact private counsel about what other legal recourses may be available to you. You may also wish to discuss this matter with the presiding judge of the administrative judicial district involved in this matter.

If this office can be of service to you in an area that is within our agency's jurisdiction, please let us know.

Sincerely,

Richard Craig
Assistant General Counsel
Agency Affairs

Ms. Shirley C. Hooks
7900 State Highway 155 North
Gilmer, Texas 75644

September 9, 2004

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
Attn: Mr. Richard Craig
P.O. Box 13528
Austin, Texas 78711-3528

  **RE:** Your August 20, 2004 RESPONSE / CORRESPONDENCE

Dear Mr. Craig,

  I had faxed DEMAND for audit of James K. Walker, pursuant to Section 601.007, Government Code, to your Office. On August 20, 2004, you responded that my demand could not be completed, because James K. Walker merely failed to comply with "certain state statutes." If you would be so kind to review that 11 page fax, it had attachments which clearly revealed that Mr. Walker acted as a State Officer (i.e., Former / Senior [Special] Visiting Judge) from 1991, through the year 1999, without having the authority to do so. He failed to executed Oaths - under Texas Constitution article XVI, §1(c), (d) and (f)(Vernon 1989). If he did not renew those Oaths, then he had no commission issued, and thus did not have authority to request compensation or salary from your Office.

  Are you telling the Tax Paying Voters of Texas that any person can merely don a black robe and request compensation from your Office, get paid, and nobody can then question their authority; and your Office cannot audit them nor request repayment of those funds? Mr. Walker had to draw over fifty thousand or more dollars a year from 1991, through 1999. It is already evident that no one checked to make sure those old judges had renewed oaths on file in the 1990's. It blows my mind, to now learn that 225+ old judges got away with drawing untold millions of tax dollars from your Office, and your Office will do nothing to so much as look into these allegations. I am inclined to notify the media in these budget starved times, and let them know that are tax dollars are being at best, just thrown out to any hand that makes request through your office.

  I implore you to reconsider your August 20, 2004 response. Section 601.007 allows audit after the fact, not just before funds are paid. Both presiding judges in the Eighth and Ninth Administrative Judicial Regions admit that Mr. Walker had no renewed Oaths from 1991, through 1999 when he accepted assignment as a (Special) Judge. Who paid that man, and O.K.'d payment?

                Sincerely,

                *Ms. Shirley C. Hooks*

SCH/file
Texas Judge Watch
Mr. Dan Malone
www.fwweekly.com          Ms. Shirley C. Hooks



# COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 13528
AUSTIN, TX 78711-3528

**CAROLE KEETON STRAYHORN**
Comptroller

December 13, 2004

Ms. Shirley C. Hooks
7900 State Highway 115 North
Gilmer, TX 75664

RE:   Public information request

Dear Ms. Hooks:

The Comptroller of Public Accounts received your request for information, dated November 2, 2004. Your request has been assigned ID# 1412276789 by this office.

You asked for copies of the Oath of Office, Anti-bribery Oath, and Commission of Hon. James K. Walker. We have conducted a diligent search of our records and determined that we have no records responsive to your request. The records you seek would most likely be maintained by the Secretary of State, Geoffery F. Conner, P.O. Box 12697, Austin, TX 78711-2697, and/or the Eighth Administrative Region, Hon. Jeff Walker, Tarrant County Justice Center, 401 W Belknap, 5th Floor, Forth Worth, TX 76196.

Please feel free to contact me if I can provide further assistance.

Sincerely,

James G. Nolan
Open Records Attorney
Phone: (512) 936-6057
Fax: (512) 463-4288

Enclosures

# The State of Texas



Statutory Documents
P.O. Box 12887
Austin, Texas 78711-2887

Gwyn Shea
Secretary of State

Phone: 512-463-5654
Fax: 512-463-0873
TTY : 7-1-1
www.sos.state.tx.us

(512) 463-5654
FAX (512) 463-0873
TDD (800) 735-2989

July 3, 2003

Ms. Gaye N. Garner
5302 Guava Drive
Harlingen, Texas 78552

Re: Statement of Officer Filings

Dear Ms. Garner,

Pursuant to your inquiry, please be advised that a diligent search of the filings under the provisions of Tex. Const. art. XVI, § 1 has found filings for the following individuals:

> James K. Walker as Senior / Former Judge, Ninth Administrative Judicial Region dated September 25, 2000.

And that filings pursuant to 1 T.A.C. § 73.71 were found for the following individuals:

> Jame K. Walker as Judge, 288th Judicial District dated January 05, 1987.

Should a certificate of Fact reflecting any of the above information be needed, please be advised that the fee for said Certificate is $10.00, payable in advance in favor of "Secretary of State".

Sincerely,

*Wynnell Noelke*

Wynnell Noelke
Statutory Documents Section

| | | |
|---|---|---|
| **Statutory Documents**<br>P.O. Box 12887<br>Austin, Texas 78711-3697 |  | **Geoffrey S. Connor**<br>Assistant Secretary of State |

# Office of the Secretary of State
### Packing Slip

**August 12, 2003**

Page 1 of 1

Gaye N Garner
5302 Guava Drive
Harlingen TX 78552

**Batch Number:** 3994796         **Batch Date:** 08-12-2003
**Client ID:** 62990571
**Return Method:** Mail

| Document Number | Document Detail | Fee |
|---|---|---|
| 39947960002 | Certificate | $10.00 |

| | | | Total Document Fees | $10.00 |
|---|---|---|---|---|
| **Payment Type** | **Payment Status** | **Payment Reference** | | **Amount** |
| Check | Received | 7033 | | $10.00 |
| | | | Total Payments Received | **$10.00** |
| | | | Total Amount Charged to Client Account | $0.00 |
| | | | Total Amount Credited to Client Account | $0.00 |

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed upon Request.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: WNOELKE

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

(512) 463-5555         FAX (512) 463-5709         TTY 7-1-1



# The State of Texas
## Secretary of State

I, Geoffrey S. Connor, Assistant Secretary of State of the State of Texas, DO HEREBY CERTIFY that a diligent search of the records filed in this office pursuant to Tex. Const. art XVI, § 1 has found filings for James K. Walker as Senior / Former Judge, Ninth Administrative Judicial Region dated September 25, 2000.

I FUTHER CERTIFY that filings pursuant to 1 T.A.C.§ 73.71 were found for James K. Walker as Judge. as Judge, 286th Judicial District dated January 05, 1987.

The acceptance of a document for filing or the issuance of a certificate does not constitute approval or confirm the validity of the office of any individual on the certificate. The certificate evidences only that the document in question has or has not been filed, and does not constitute a conclusion that the document should have been filed.

Date Issued: August 12, 2003

ST/wn



Geoffrey S. Connor
Assistant Secretary of State



Statutory Documents  
P.O. Box 12887  
Austin, Texas 78711-2887



Geoffrey S. Connor  
Secretary of State

# Office of the Secretary of State
### Packing Slip

**May 28, 2004**

Page 1 of 1

Russell J. Reger  
12071 FM 3522  
Abilene TX 79601 - 8799

**Batch Number:** 6120678  **Batch Date:** 05-28-2004

**Client ID:** 87675710  
**Return Method:** Mail

| Document Number | Document Detail | Fee |
|---|---|---|
| 61206780002 | Record Search | $5.00 |
| | **Total Document Fees** | **$5.00** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| Check | Received | 06178695456 | $5.00 |
| | | **Total Payments Received** | **$5.00** |
| | | Total Amount Charged to Client Account | $0.00 |
| | | Total Amount Credited to Client Account | $0.00 |

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received.  
Any amount credited to Client Account may be refunded upon request.  
Refunds (if applicable) will be processed upon Request.  
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: JRIEGLER

Come visit us on the Internet @ http://www.sos.state.tx.us/

(512) 463-5705　　　FAX (512) 463-0873　　　TTY 7-1-1

# The State of Texas



**Statutory Documents**
P.O. Box 12887
Austin, Texas 78711-2887

Geoffrey S. Connor
Secretary of State

Phone: 512-463-5705
Fax: 512-463-0873
TTY: 7-1-1
www.sos.state.tx.us

May 28, 2004

Mr. Russell Jay Reger
12071 FM 3522
Abilene, Texas  79601-8799

Re:  Statement of Officer/Oath of Office Searches

Dear Mr. Reger:

Pursuant to your inquiry, please be advised that a search of our records has found a Statement of Officer filing pursuant to Tex. Const. art. XVI, § 1 for James K. Walker, as Senior/Former Judge, Ninth Administrative Judicial District, dated September 25, 2000.  No such filings were found for James K. Walker from the Eighth Administrative Judicial District.

A search of filings under the provisions of 1 T.A.C. § 73.71 for James K. Walker, as Judge, 268th Judicial District, has found a filing dated January 5, 1987.

Additionally, please be advised that this office files no documents pursuant to the U.S. Constitution.  It is suggested that you check with federal authorities for such filings.

Sincerely,

*[signature]*

John Riegler
Statutory Documents Section

# The State of Texas



Business and Public Filings Division
P.O. Box 13697
Austin, Texas 78711-3697

Phone: 512-463-5586
Fax: 512-463-5709
TTY : 7-1-1
www.sos.state.tx.us

Geoffrey S. Connor
Secretary of State

June 9, 2004

Ms. Shirley C. Hooks
7900 State Hwy. 155 N.
Gilmer, TX 75644

RE: Information on Former, Retired, and Senior Visiting Judges

Dear Ms. Hooks:

Your letter, dated May 28, 2004, was referred to me for comment.

We are pleased to provide you with any information from the records of this office or copies of documents on file with this office. The Office of the Secretary of State is the repository for statements of officer filed under Article 16, Section 1 of the Texas Constitution and performs the ministerial duties incident to issuance of commissions on behalf of the Governor to state or county officers under section 601.005 of the Government Code. A commission is issued to each appointed or elected officer, including judges, following the receipt of an executed oath of office. The Office of the Secretary of State does not retain copies of the commissions that are issued.

Requests for public information must pertain to records or information already in existence. This office is not charged with the responsibility of and does not conduct legal research, respond to legal inquiries, issue written interpretations or opinions for the public relating to the authority of state or county officers. See Tex. Att'y Gen. Open Records Decision No. 563 (1990), which provides, in part, "The Open Records Act does not require a governmental body to perform legal research for a requestor or to answer general questions." Please contact your attorney to research any attorney general opinions or court cases and answer any inquiries you may have related to visiting judges and their authority to act.

Sincerely,

*Lorna Wassdorf*

Lorna Wassdorf
Director, Business & Public Filings

cc: Benjamin M. Hanson
    General Counsel

## The State of Texas



Business and Public Filings Division
P.O. Box 13697
Austin, Texas 78711-3697

Phone: 512-463-5586
Fax: 512-463-5709
TTY : 7-1-1
www.sos.state.tx.us

### Geoffrey S. Connor
### Secretary of State

June 9, 2004

Mrs. Pamela K. Hand
1027 W. Pioneer Pkwy., #E
Arlington, TX 76013

RE: Information on Former, Retired, and Senior Visiting Judges

Dear Mrs. Hand:

Your letter, dated May 27, 2004, was referred to me for comment.

We are pleased to provide you with any information from the records of this office or copies of documents on file with this office. The Office of the Secretary of State is the repository for statements of officer filed under Article 16, Section 1 of the Texas Constitution and performs the ministerial duties incident to issuance of commissions on behalf of the Governor to state or county officers under section 601.005 of the Government Code. A commission is issued to each appointed or elected officer, including judges, following the receipt of an executed oath of office. The Office of the Secretary of State does not retain copies of the commissions that are issued.

Requests for public information must pertain to records or information already in existence. This office is not charged with the responsibility of and does not conduct legal research, respond to legal inquiries, issue written interpretations or opinions for the public relating to the authority of state or county officers. See Tex. Att'y Gen. Open Records Decision No. 563 (1990), which provides, in part, "The Open Records Act does not require a governmental body to perform legal research for a requestor or to answer general questions." Please contact your attorney to research any attorney general opinions or court cases and answer any inquiries you may have related to visiting judges and their authority to act.

Sincerely,

*Lorna Wassdorf*

Lorna Wassdorf
Director, Business & Public Filings

cc: Benjamin M. Hanson
    General Counsel

| | | |
|---|---|---|
| **Statutory Documents**<br>P.O. Box 12887<br>Austin, Texas 78711-2887 |  | **Geoffrey S. Connor**<br>Secretary of State |

## Office of the Secretary of State
### Packing Slip

**August 3, 2004**

Page 1 of 1

Russell Jay Reger
F.M. Robertson #747783
12071 FM 3522
Abilene TX 79601 - 8799

**Batch Number:** 6651730          **Batch Date:** 08-03-2004
**Client ID:** 87675710
**Return Method:** Mail

| Document Number | Document Detail | Fee |
|---|---|---|
| 66517300002 | Certificate | $10.00 |

| | | | |
|---|---|---|---|
| | | **Total Document Fees** | **$10.00** |
| **Payment Type** | **Payment Status** | **Payment Reference** | **Amount** |
| Check | Received | 201193 | $10.00 |
| | | **Total Payments Received** | **$10.00** |
| | | Total Amount Charged to Client Account | $0.00 |
| | | Total Amount Credited to Client Account | $0.00 |

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received.
Any amount credited to Client Account may be refunded upon request.
Refunds (if applicable) will be processed upon Request.
Acknowledgement of Filing Document(s) (if present) is attached.

User ID: LSTOUT

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

(512) 463-5705          FAX (512) 463-0873          TTY 7-1-1



# The State of Texas
## Secretary of State

I, GEOFFREY S. CONNOR, Secretary of State of the State of Texas, DO HEREBY CERTIFY that a diligent search of the records filed pursuant to Tex. Const. art. XVI, § 1 (as amended) has found Oaths of Office for James K. Walker, as Judge, 286th Judicial District dated February 24, 1984; December 6, 1984; and January 5, 1987.

The acceptance of a document for filing or the issuance of a certificate does not constitute approval or confirm the validity of the office of any individual on the certificate. The certificate evidences only that the document in question has or has not been filed, and does not constitute a conclusion that the document should have been filed.

Date Issued: Augsut 3, 2004

GSC/ST/ls



Geoffrey S. Connor
Secretary of State

