Mrs. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337


September 19, 2003


NINTH ADMINISTRATIVE JUDICIAL REGION
Office of the Presiding Judge
Attn: Judge Kelly G. Moore
500 W. Main, Room 204W
Brownfield, Texas 79316
(806)637-1329


    RE: RECORDS REQUEST OF RETIRED/FORMER: <u>JUDGE JAMES K. WALKER</u>
        **Tex. Gov't Code, tit-2, subtit-F** (Vernon Supp. 2003)
        **Tex. R. Jud. Admin., Rule 12**


Your Honor,


**(A)** My research indicates that the Honorable Judge **James K. Walker** was District Judge of the **286th** Judicial District Court of Hockley-Cochran County until he retired on **January 31, 1996**. Records from the Texas Secretary of State dated **August 12, 2003**, indicates the first time Judge Walker filed pursuant to 1 **TAC §73.71** was on **January 05, 1987**, and the last time Judge Walker filed an anti-bribery oath and oath of office pursuant to Texas Constitution article **XVI, §1 (a)** and **(d)** was on **September 25, 2000**.

**(B)** On **February 4, 1996,** Judge Walker gave NOTICE to the Chief Justice, Supreme Court of Texas to Elect to continue to serve as a Judicial Officer of the State of Texas under the provision of Section **75.001** of the Texas Government Code. Judge Walker's NOTICE was acknowledged on **February 8, 1996,** and he was subjected to assignment list on same day. On **January 10, 1997,** THE NINTH ADMINI-STRATIVE JUDICIAL REGION rendered ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE, pursuant to Section **74.056** of the Texas Government Code and assigned Judge Walker to EIGHTH ADMINISTRATIVE JUDICIAL REGION FOR REASSIGNMENT BY THE PRESIDING JUDGE THEREOF, beginning **January 12, 1997**, and ending **June 30, 1997.**

**(C)** On **April 8** through **12, 1996,** Judge James K. Walker presided over trial in State of Texas Vs. Russell Jay Reger, in file cause no.: **0579930D**; held in the Criminal District Court Number Three, Tarrant County, Texas. The Eighth Administrative Judicial Region most likely assigned Judge Walker to preside over said trial. Based on the foregoing facts, I make this specific request for Judicial Records per the Rules of Judicial Administration, **Rule 12.6(a)**. I am specifical-ly requesting production of:

(1)— A copy of ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE OF THE NINTH ADMINISTRATIVE JUDICIAL REGION assigning **Judge James K. Walker** to EIGHTH ADMINISTRATIVE JUDICIAL REGION FOR REASSIGNMENT BY THE PRESIDING JUDGE THEREOF, as mandated pursuant to §74.056 of the Texas Government Code; for the month and year of **April, 1996**;

(2)— A copy of **Judge Walker's** ORDER OF ASSIGNMENT by the Presiding Jud -ge to preside over trial in Cause No.: **0579930D**, in the **CDC-3** Tarrant County between **April 8, 1996** and **April 12, 1996**; as manda -ted pursuant to §§74.054; 74.055 and 74.056 of the Texas Government Code;

(3)— A copy of **Judge Walker's** anti-bribery oath filed with Secretary - of State after his **January 31, 1996** retirement and prior to presi -ding over trial in Cause No.: **0579930D**, in the **CDC-3** Tarrant County between **April 8, 1996** and **April 12, 1996**; as mandated pur suant to Texas Constitution **art. XVI, §1(d)**(Vernon 1989); and

(4)— A copy of **Judge Walker's** OATH OF OFFICE filed with Secretary of State after his **January 31, 1996** retirement and prior to presid - ing over trial in Cause No.: **0579930**, in the **CDC-3** Tarrant County between **April 8, 1996** and **April 12, 1996**; as mandated pursuant to Texas Constitution **art. XVI, §1(a)**(Vernon 1989).

(D) Please be advised that my request falls into the category of Judicial Records as defined by **Rules 12.2(d)** and **12.2(e)(1)** of the Rules of Judicial Administration. In addition to the above-specific requests; if you do not have this information in your custody, then I hereby invoke **Rule 12.6(f)** of the Rules of Judicial Administration, and request that you please ascertain who the custodian of the requested records is, (i.e., **Judge James K. Walker**), and notify me in writing of the referral, and forward this request on to said records custodian. Judge **James K. Walker** in this case, would be, the last resort records custodian. Please also be advised, that any such answer given as ("I Don't Know") and/or ("I Don't Have") will not satisfy my requests herein.

(E) Upon expiration of the **fourteen (14) days** from the date of your receipt of this request, or if this Office declines to forward said and/or give me access - to such requested Judicial Records, then I hereby give NOTICE of my intent to file an Appeal to the Administrative Director of the OFFICE OF COURT ADMINISTRA- TION under **Rule 12.9(a)** of the Rules of Judicial Administration.

### JURAT

I, **Shirley Carter Hooks**, do hereby state under penalty of perjury that the foregoing REQUEST, and statements made herein are both true and correct, as well as made in **Good Faith**. I attest to these facts, by affixing my signature below in the presence of a Notary Public.

SIGNED AND EXECUTED on this the ___19___ day of **September, 2003**.
( A signed/notarized copy of this REQUEST shall have the same validity as the original )

Respectfully Submitted,

/s/ Shirley Hooks
Requestor:

Pages: 2 of 3

SWORN TO AND SUBSCRIBED TO BEFORE ME By Mrs. Shirley Carter Hooks, a.k.a., _Shirley Carter Hooks_, on this the __19__ day of September, 2003; the undersigned Notary Public.

WITNESS MY HAND AND OFFICIAL SEAL:

_Nancy Hill_
**NOTARY PUBLIC**

Affiant __✓__ Known

Produced ID __✓__

Type of ID _Dr. Lic._

_Nancy Hill_
**PRINTED NAME**

cc: SCH-File
    8th Admin. Jud. Region RRR #7001 2510 0002 7416 7502
    9th Admin. Jud. Region RRR #7001 2510 0002 7416 7519

Pages: 3 of 3

 # NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

September 23, 2003

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

Re: Records Request of Retired/Former Judge James K. Walker

Dear Ms. Hooks:

I received your request on September 22, 2003. You have requested four separate items as follows:

(1) A copy of the order assigning Judge James K. Walker from the Ninth Administrative Judicial Region to the Eighth Administrative Judicial Region for re-assignment for April, 1996.

   **I do not have a copy of the assignment requested. My office does not retain copies of assignments for an indefinite period of time, and the record requested has been destroyed.**

(2) A copy of Judge Walker's order of assignment by the presiding judge to preside over certain trials in Tarrant County between April 8, 1996 and April 12, 1996.

   **I am not the custodian of this record. The custodian of this record would either be the Eighth Administrative Judicial Region or the District Clerk of Tarrant County, Texas.**

   By copy of this letter, I am forwarding a copy of this response together with a copy of your original request to the Eighth Administrative Judicial Region and the Tarrant County District Clerk at the addresses shown herein.

Ms. Shirley C. Hooks
September 23, 2003
Page Two

---

(3) A copy of Judge Walker's anti-bribery oath filed with the Secretary of State prior to presiding over a certain trial between April 8, 1996 and April 12, 1996.

**As far as I know, this document does not exist. It is my understanding that Judge Walker did not execute an anti-bribery oath at any time during or prior to the year 1996.**

(4) A copy of an oath of office signed by Judge Walker between April 8, 1996 and April 12, 1996.

**As far as I know, this document does not exist. It is my understanding that Judge Walker did not execute an oath of office at any time during or prior to the year 1996.**

Sincerely,

Kelly G. Moore
KGM/cb


cc:   Hon. Jeff Walker
      Eighth Administrative Judicial Region
      Tarrant County Justice Center
      401 W. Belknap
      Fort Worth, Texas 76196

      Tarrant County District Clerk
      Tarrant County Justice Center
      401 W. Belknap
      Fort Worth, Texas 76196

**PRISON LEGAL AID ASSOCIATION**
P. O. BOX 30280, P M B 111, PHOENIX, AZ 85046-0280

November 25, 2003

Hon. Kelly G. Moore, Presiding Judge
Ninth Administrative Judicial Region
500 W. Main St.
Brownfield, TX 79316

in re:   Judge James K. Walker (Retired)
286th Judicial District Court
Hockley County, Texas

Your honor, Judge Moore,

I herewith request a copy of any Oath/Affirmation of office subscribed to and filed by Judge Walker subsequent to his retirement on January 31, 1996, pursuant to the provisions of Texas Constitution, Article 16, §1(c), (d) and (f) (Vernon Nov. 7, 1989 and 1993).

My information is that Judge Walker retired on January 31, 1996; Judge Walker's "term of office" expired when he retired on January 31, 1996, pursuant to Tex. Gov't. Code §74.096; that he served notice upon Chief Justice Phillips of his election as a judicial officer on February 4, 1996, and that was accepted by Justice Phillips on February 8, 1996.

The Secretary of State has a record of Judge Walker's last Oath/Affirmation filing made on September 25, 2000; however, it appears that he did not actually take a new Oath/Affirmation of office after he retired in 1996. His first and only Oath of Office appears to have been taken January 5, 1987.

Thank you for your consideration.

Sincerely,

John A. Pizer, Pres.


602-996-4846          johnpizer@juno.com

 # NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

December 2, 2003

John A. Pizer
Prison Legal Aid Association
P.O. Box 30280
P M B 111
Phoenix, Arizona 85046-0280

Re: Judge James K. Walker

Dear Mr. Pizer:

I have received your request of November 25, 2003 regarding the above.

I am pleased to enclose to you copies of two oaths, one dated October 4, 2000 and one dated June 14, 1999. These are the only oaths that I have on file related to Judge Walker.

Although I was not the Presiding Judge of the Ninth Administration Judicial Region when Judge Walker retired in 1996, it is my understanding that he did not take an oath at that time as it was not the practice.

Sincerely,

Kelly G. Moore
KGM/cb

enclosures



In the name and by the authority of

# The State of Texas

## OATH OF OFFICE

### OF SENIOR OR FORMER JUDGE WHO HAS CERTIFIED HIS/HER WILLINGNESS TO SERVE ON JUDICIAL ASSIGNMENT

I, __JAMES K. WALKER__, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, County or Magistrate Court of the State of Texas (Serving by Judicial Assignment), and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____James K. Walker_____
Signature

SWORN TO and Subscribed before me by __JAMES K. Walker__ on this __14__ day of __June, 1999__.

JUDY D. MILLER
MY COMMISSION EXPIRES
November 18, 2001

_____Judy D. Miller_____
Signature of Person Administering Oath

__JUDY D. MILLER__
Printed Name

__NOTARY PUBLIC__
Title

# IN THE NAME AND BY THE AUTHORITY OF

# THE STATE OF TEXAS

## OATH OF OFFICE

I, __JAMES K. WALKER_____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, or County Court of the State of Texas, serving by judicial assignment, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_James K. Walker_
**Affiant**

SWORN TO AND SUBSCRIBED before me by affiant on this __4__ day of __October__, 20__00__.

_Dianna Stueart_
Signature of Person Administering Oath

[Notary Seal: DIANNA STUEART, Notary Public, State of Texas, Commission Expires 8-14-2004]

_Dianna Stueart_
Printed Name

_Notary for Texas_
Title

I-82

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

April 3, 2004


NINTH ADMINISTRATIVE JUDICIAL REGION
Hon. Kelly G. Moore, Presiding Judge
500 W. Main, Room #204W
Brownfield, Texas 79316
(806)637-1329
FAX: 637-8918


RE: Texas Rules of Judicial Administration, Rule 12 – REQUEST

Your Honor, Judge Moore,

    A Mr. James K. Walker was "elected" to the 286th Judicial District Court in Hockley / Cochran Counties, in 1987. He lost "reelection" bid in 1991, and thereafter became a "former/visiting judge" until he retired on January 31, 1996. He then became a "retired/visiting judge" well past his last Official Oath filing on September 25, 2000. Thus, I herewith REQUEST true copies of his Official "COMMISSION[S]" to [Act] as a Judicial and/or Public Official, in the years: 1987; 1991; 1996 and 2000. Such would have been issued and forwarded to your Office by the Texas Secretary of State, pursuant to 1 T.A.C. §73.71(Vernon 1983).

    If you are not the Custodian of the above requested record, please ascert-ain who that person would be and forward this REQUEST on to them, while giving written notice back to me, pursuant to Tex. R. Jud. Admin., Rule 12.6(f). I look forward to receiving action on this REQUEST within **Fourteen (14) days** as mandated under Tex. R. Jud. Admin., Rule 12.6(b).

    Please also be advised that I mailed a RULE 12 REQUEST directly to Mr. Walker, which was received by him (CMRRR #7003 2260 0005 2421 0381 on 03/01/04 at 11:11A.M.). He refuses to answer me back, nor comply with Tex. R. Jud. Admin Rule 12. If you forward this request to him, you may want to remind him that a failure to answer such Rule 12 REQUESTS is a violation of the Cannon Codes of Judicial Conduct. See, Tex. R. Jud. Admin., Rule 12.10.

Thank you for your time and consideration in this GOOD FAITH matter.

                                          Sincerely,

                                          Shirley C. Hooks

cc: SCH-file



# NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

April 19, 2004

Shirley C. Hooks
7900 State Highway 155 North
Gilmer, Texas 75644

Re: Rule 12 Request

Dear Ms. Hooks:

I have received your request of April 3, 2004. I do not have any Commissions for the years 1987, 1991, 1996 or 2000, or any other year, related to Judge James K. Walker. I am not aware of any requirement in law that the Texas Secretary of State forward any Commissions to me in my capacity as Presiding Judge of the Ninth Administrative Judicial Region.

It is my understanding that any Commission from the Secretary of State would be delivered directly to the actual judge involved. As such, I am forwarding a copy of this letter and a copy of your letter to Judge Walker.

Sincerely,

Kelly G. Moore
KGM/cb

cc:   Hon. James K. Walker



# Eighth Administrative Judicial Region

Office of Presiding Judge

5th Floor, Tarrant County Justice Center
Fort Worth, Texas 76196

**Counties**

ARCHER
CLAY
COOKE
DENTON
EASTLAND
ERATH
HOOD
JACK
JOHNSON
MONTAGUE
PALO PINTO
PARKER
SOMERVELL
STEPHENS
TARRANT
WICHITA
WISE
YOUNG

JEFF WALKER
Presiding Judge
Telephone (817) 884-1558

OUIDA STEVENS
Administrative Assistant

CAROL NICHOLS
Special Project Assistant

Telephone (817) 884-1558
FAX        (817) 884-1560

E-Mail:
eighthadmin@earthlink.net

August 11, 2003

Mrs. Gaye N. Garner
5302 Guava Dr.
Harlingen, Texas 78552

Dear Mrs. Garner:

In response to you letters of August 6, 2003, please be advised of the following:

Judge Don Leonard was the duly elected judge of Criminal District Court # 3 during the time period about which you inquire. He was required by law to file certain oaths with the Secretary of State. He was not required to file (and he did not file) any oaths with the Eighth Judicial Administrative Region.

Judge Scott Wisch was and is the duly elected Judge of 372nd District Court. He, too, was required to file his oaths the same as Judge Leonard.

Judge James Walker is a visiting judge who sits in various courts based upon assignment orders issued out of the Regional office. Since 2000, each judge on the visiting judge list is required to file their oath with the Region's office. A copy of Judge James Walker's oath is enclosed.

Of the documentation you have requested, this is all we have.

Very truly yours,

Jeff Walker, Presiding Judge
8th Administrative Judicial Region

JW:os
encl:

## STATEMENT OF APPOINTED OFFICER
(Pursuant to Tex. Const. art. XVI, §1(d))

I, __JAMES K. WALKER__, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or confirmation thereof, so help me God.

_____
Affiant's Signature

Filed in the Office of
Secretary of State

Office: (Senior)/ Former Judge Eligible to Serve on Assignment
__Ninth__ Administrative Judicial Region

SEP 2 5 2000

Statutory Filings Division
Statutory Documents

SWORN TO AND SUBSCRIBED before me by affiant on this the __18th__ day of __August__, 2000.

KATHY J. ROBERTS
Notary Public, State of Texas
My Commission Expires 2-24-2001

_____
Notary Public in and for the State of Texas

My Commission Expires: __2-24-2001__

# IN THE NAME AND BY THE AUTHORITY OF

# THE STATE OF TEXAS

## OATH OF OFFICE

I, __JAMES K. WALKER_____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Senior or Former Judge of an Appellate, District, or County Court of the State of Texas, serving by judicial assignment, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____James K. Walker_____
Affiant

SWORN TO AND SUBSCRIBED before me by affiant on this __4__ day of __October__, 20_00_.

_____Dianna Stueart_____
Signature of Person Administering Oath

_____Dianna Stueart_____
Printed Name

__Notary for Texas__
Title

DIANNA STUEART
Notary Public, State of Texas
Commission Expires 1-14-2004

I-82

Mrs. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337

September 19, 2003


EIGHTH ADMINISTRATIVE JUDICIAL REGION
Office of the Presiding Judge
Attn: Judge Jeff Walker
Tarrant County Justice Center, 5th Fl.
401 West Belknap St.
Fort Worth, Texas 76196-7118
(817)884-1558


RE: RECORDS REQUEST OF RETIRED/FORMER: **JUDGE JAMES K. WALKER**
  **Tex. Gov't Code, tit-2, subtit-F** (Vernon Supp. 2003)
  **Tex. R. Jud. Admin., Rule 12**

Your Honor,

(A) My research indicates that the Honorable Judge **James K. Walker** was District Judge of the **286th** Judicial District Court of Hockley-Cochran County until he retired on **January 31, 1996**. Records from the Texas Secretary of State dated **August 12, 2003**, indicates the first time Judge Walker filed pursuant to 1 **TAC §73.71** was on **January 05, 1987**, and the last time Judge Walker filed an anti-bribery oath and oath of office pursuant to Texas Constitution article **XVI, §1 (a) and (d)** was on **September 25, 2000**.

(B) On **February 4, 1996**, Judge Walker gave NOTICE to the Chief Justice, Supreme Court of Texas to Elect to continue to serve as a Judicial Officer of the State of Texas under the provision of Section 75.001 of the Texas Government Code. Judge Walker's NOTICE was acknowledged on **February 8, 1996**, and he was subjected to assignment list on same day. On **January 10, 1997**, THE NINTH ADMINI-STRATIVE JUDICIAL REGION rendered ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE, pursuant to section **74.056** of the Texas Government Code and assigned Judge Walker to EIGHTH ADMINISTRATIVE JUDICIAL REGION FOR REASSIGNMENT BY THE PRESIDING JUDGE THEREOF, beginning **January 12, 1997**, and ending **June 30, 1997**.

(C) On **April 8** through **12, 1996**, Judge James K. Walker presided over trial in State of Texas Vs. Russell Jay Reger, in file cause no.; 0579930D; held in the Criminal District Court Number Three, Tarrant County, Texas. The Eighth Administrative Judicial Region most likely assigned Judge Walker to preside over said trial. Based on the foregoing facts, I make this specific request for Judicial Records per the Rules of Judicial Administration, **Rule 12.6(a)**. I am specifical-ly requesting production of:

Pages: 1 of 3

(1)- A copy of ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE OF THE NINTH ADMINISTRATIVE JUDICIAL REGION assigning **Judge James K. Walker** to **EIGHTH ADMINISTRATIVE JUDICIAL REGION FOR REASSIGNMENT BY THE PRESIDING JUDGE THEREOF**, as mandated pursuant to §**74.056** of the Texas Government Code; for the month and year of **April, 1996**;

(2)- A copy of **Judge Walker's** ORDER OF ASSIGNMENT by the Presiding Judge to preside over trial in Cause No.: **0579930D**, in the **CDC-3** Tarrant County between **April 8, 1996** and **April 12, 1996**; as mandated pursuant to §§**74.054; 74.055** and **74.056** of the Texas Government Code;

(3)- A copy of **Judge Walker's** anti-bribery oath filed with Secretary of State after his **January 31, 1996** retirement and prior to presiding over trial in Cause No.: **0579930D**, in the **CDC-3** Tarrant County between **April 8, 1996** and **April 12, 1996**; as mandated pursuant to Texas Constitution art. **XVI, §1(d)**(Vernon 1989); and

(4)- A copy of **Judge Walker's** OATH OF OFFICE filed with Secretary of State after his **January 31, 1996** retirement and prior to presiding over trial in Cause No.: **0579930D**, in the CDC-3 Tarrant County between **April 8, 1996** and **April 12, 1996**; as mandated pursuant to Texas Constitution art. **XVI, §1(a)**(Vernon 1989).

(D) Please be advised that my request falls into the category of Judicial Records as defined by **Rules 12.2(d)** and **12.2(e)(1)** of the Rules of Judicial Administration. In addition to the above-specific requests; if you do not have this information in your custody, then I hereby invoke **Rule 12.6(f)** of the Rules of Judicial Administration, and request that you please ascertain who the custodian of the requested records is, (i.e., **Judge James K. Walker**), and notify me in writing of the referral, and forward this request on to said records custodian. **Judge James K. Walker** in this case, would be, the last resort records custodian. In any event; if these records not be in your possession; I would request that this REQUEST be referred to **Judge James K. Walker** for final disposition.

(E) Upon expiration of the **fourteen (14) days** from the date of your receipt of this request, or if this Office declines to forward said and/or give me access to such requested Judicial Records, then I hereby give NOTICE of my intent to file an Appeal to the Administrative Director of the OFFICE OF COURT ADMINISTRATION under **Rule 12.9(a)** of the Rules of Judicial Administration.

<u>JURAT</u>

I, **Shirley Carter Hooks**, do hereby state under penalty of perjury that the foregoing REQUEST, and statements made herein are both true and correct, as well as made in **Good Faith**. I attest to these facts, by affixing my signature below in the presence of a Notary Public.

SIGNED AND EXECUTED on this the ___19___ day of **September, 2003**.
( A signed/notarized copy of this REQUEST shall have the same validity as the original )

Respectfully Submitted,

/s/ Shirley Hooks
Requestor:

Pages: 2 of 3

SWORN TO AND SUBSCRIBED TO BEFORE ME By Mrs. Shirley Carter Hooks, a.k.a., _Shirley Carter Hooks_, on this the 19 day of September, 2003; the undersigned Notary Public.

WITNESS MY HAND AND OFFICIAL SEAL:

Affiant ✓ Known

Produced ID ✓

Type of ID _Dr. Lic._

_Nancy Hill_
NOTARY PUBLIC

_Nancy Hill_
PRINTED NAME

cc: SCH-File
   8th Admin. Jud. Region RRR #7001 2510 0002 7416 7502
   9th Admin. Jud. Region RRR #7001 2510 0002 7416 7519

Pages: 3 of 3

# *Eighth Administrative Judicial Region*

### Office of Presiding Judge

5th Floor, Tarrant County Justice Center
Fort Worth, Texas 76196

**Counties**

ARCHER
CLAY
COOKE
DENTON
EASTLAND
EARATH
HOOD
JACK
JOHNSON
MONTAGUE
PALO PINTO
PARKER
SOMERVELL
STEPHENS
TARRANT
WICHITA
WISE
YOUNG

**JEFF WALKER**
Presiding Judge
Telephone (817) 884-1558

**OUIDA STEVENS**
Administrative Assistant

**CAROL NICHOLS**
Special Project Assistant

Telephone (817) 884-1558
FAX      (817) 884-1560

E-Mail:
eighthadmin@earthlink.net

September 22, 2003

Mrs. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

Re: Records of Judge James K. Walker

Dear Mrs. Hooks:

On your specific request Number 1.
The eighth administrative has a document retention policy. We only keep assignment documents for three years. The Presiding Judge will not make an assignment of a judge from another region unless he has the assignment first. I do not know the policy of the Ninth region on their retention policy.

Request Number 2.
To get a copy of the assignment of Judge James Walker to Criminal District Court #3, because of our retention policy you will need to contact Thomas Wilder, District Clerk, 401 W. Belknap St. Fort Worth, Texas 76196-0402, they have the original assignment.

Request Number 3. and Number 4.
Visiting judges prior to the year 2000, did not file with this office an oath of office or anti-bribery statement. All that was required was the affidavit to serve on judicial assignment. I am enclosing Judge Walker's affidavit to serve on judicial assignment that we have in our office.

Very truly yours,

Jeff Walker, Presiding Judge
8th Administrative Judicial Region

JW:os
Encl.



# Eighth Administrative Judicial Region

### Office of Presiding Judge

5th Floor, Tarrant County Justice Center
Fort Worth, Texas 76196

April 20, 2004

**Counties**

ARCHER
CLAY
COOKE
DENTON
EASTLAND
ERATH
HOOD
JACK
JOHNSON
MONTAGUE
PALO PINTO
PARKER
SOMERVELL
STEPHENS
TARRANT
WICHITA
WISE
YOUNG

JEFF WALKER
Presiding Judge
Telephone (817) 884-1558

OUIDA STEVENS
Administrative Assistant

CAROL NICHOLS
Special Project Assistant

Telephone (817) 884-1558
FAX        (817) 884-1560

E-Mail:
eighthadmin@earthlink.net

Dear John A. Pizer:
President, Prison Legal Aid Assoc
P.O. Box 30280 P M B 111
Phoenix, Arizona 85046-0280

This will acknowledge your request for judicial records from this office.

The Government Code of the State of Texas, Section 552.028 provides as follows:
"(a) A governmental body is not required to accept or comply with a request for information from:
 (1) an individual who is imprisoned or confined in a correctional facility; or
 (2) an agent of that individual's, other than that individual's attorney when the attorney is requesting information that is subject to disclosure under this chapter."

In addition, Rule 12.4 (a)(4) of the Texas Rules of Judicial Administration provides as follows:
"(a) Generally Judicial records other than those covered by Rule 12.3 and 12.5 are open to the general public for inspection and copying during regular business hours. But this rule does not require a court, judicial agency, or records custodian to:
 (4) respond to or comply with a request for a judicial record from or on behalf of an individual who is imprisoned or confined in a correctional facility as defined in Section 1.07 (a), Penal Code, or in any other such facility in any state, federal or foreign jurisdiction."

We have determined that your request falls within the scope of the law hereinabove and, therefore, will not be complied with.

Be advised that you have the right to appeal as provided by Rule 12.9 of the Texas Rules of Judicial Administration. As required by Rule 12.8, the name and address of the Administrative Director of the Office of Court Administration is:

    Mrs. Alicia Keys, Administrative Director
    Office of Court Administration
    P.O. Box 12066
    Austin, Texas 78711

Very truly yours,

Jeff Walker, Presiding Judge
8th Administrative Judicial Region

JW:os