Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

May 13, 2004

TARRANT COUNTY
Office of the Criminal District Attorney
Attn: Ms. Debra Dupont - Asst. Dist. Atty
401 W. Belknap
Fort Worth, Texas 76196-0201
(817)884-1400

RE: Visiting Judge: <u>James K. Walker</u> - (Retired)
Tex. R. Jud. Admin., Rule 12 [REQUEST]

Dear Ms. Dupont,

Thank you for your April 28, 2004 - response to my April 3, 2004 - Rule 12 REQUEST regarding the above-listed FORMER / RETIRED / VISITING Judge.  I must confess that I had already known about Mr. Walker's assignments, not only to the State v. Reger case (Cause No.: 0579930D); yet also to State  v.  Rudy R. Garza (Cause Nos.: 0557468D and 0557466D); and State v. Jimmy W.Small Cause Nos.: 2-97-402-CR and 2-97-403-CR). However, I must respectfully  also point out that your April 28, 2004 response included nothing in regards to Mr. Walker's Official Oath[s] of Office, and Commission[s], as I had requested in my April 3, 2004 REQUEST. Mr. Walker was required to have renewed Oath[s] on file, pursuant to U.S. Const. art. VI, Cl.3; and Tex. Const. art. XVI, §1(Vernon 1989, Supp. 1993), when he became a former judge in 1991; and again when he retired on January 31, 1996.

Pursuant to Tex. R. Jud. Admin., Rule 12.6(f), if you are not the custodian of Mr. Walker's renewed Oath[s], or his Commission[s] under 1 T.A.C.  §  73.71(Vernon 1983), then you are required to ascertain who the custodian  of those records are, and must forward my REQUEST on to them after giving me notice. So far, I've contacted the Secretary of State; Chief Justice Thomas  R. Phillips, in the Texas Supreme Court, and Presiding Administrative Judges  - Jeff Walker and Kelly G. Moore, concerning Mr. Walker's Oath[s] and Commissions. Nobody, it seems, has a renewed Oath from Mr. Walker, from 1991  through 1999, in their files, which concerns me.

Would an Administrative Clerk in Tarrant County possess copies of those documents, or minutes, pursuant to Texas Government Code §§24.004; 26.015 and /or 26.016? I look forward to your timely response under Rule 12.6(b); 12.10.

cc: SCH-file

Sincerely,

Shirley C. Hooks



# TARRANT COUNTY

OFFICE OF THE
CRIMINAL DISTRICT ATTORNEY
www.tarrantda.com

TIM CURRY
CRIMINAL DISTRICT ATTORNEY
817/884-1400

June 9, 2004

JUSTICE CENTER
401 W. BELKNAP
FORT WORTH, TX 76196-0201

Ms. Shirley C. Hooks
7900 State Hwy., 155 North
Gilmer, Texas  75644

**VIA REGULAR U.S. MAIL**

Re:    Your Letter Dated May 13, 2004

Dear Ms. Hooks:

I am in receipt of your letter dated May 13, 2004.  Please be advised that the Tarrant County District Clerk's Office has provided all responsive records in our letter dated April 28, 2004.  Further, please note that the District Clerk's Office does not have the records you are seeking and that we are unable to ascertain who may have the documents you seek.  Lastly, it appears that you have requested records from all entities possible.

If you should have any questions concerning this matter, please do not hesitate to contact me at (817) 884-1233.  Thank you.

Sincerely,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

DEBRA DUPONT
Assistant District Attorney

DD/adp

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644


May 13, 2004


Ms. Joan Hubbard
Asst. Manager - Criminal Section
Tarrant County Justice Center
401 W. Belknap
Fort Worth, Texas 76196


RE: Visiting Judge: James K. Walker - (Retired)
Tex. R. Jud. Admin., Rule 12 [REQUEST]


Dear Ms. Hubbard,


I herewith request true copies of [any] Oath[s] of Office filings, pursuant to U.S. Const. art. VI, C1.3; and Tex. Const. art. XVI, §1(c); (d) and (f) (Vernon 1989, 1993 and 2001); as well as Official COMMISSION[S] issued under 1 T.A.C. §73.71(Vernon 1983), in regards to the above listed Retired / Visiting Judge, whom presided over cases in the CDC3 and 297th Judicial District Courts of Tarrant County, Texas, during the time periods of 1995 through 1997. Under Tex. Gov't Code §§24.004; 26.015 and 26.016 - **THE CLERK** [SHALL] enter in the minutes of the Court as part of the proceedings in the case, a record showing:

(1) that the judge of the Court is disqualified, absent, or disabled to try the cause;

(2) the name of the Special Judge (i.e., Visiting Judge) and that the parties agreed on the selection of that judge for the trial of the case; and

(3) that the oath prescribed by Law (i.e., U.S. Const. VI, C1.3; and Tex. Const. art. XVI, §1) was administered to the Special Judge.

Pertaining to the above-requested Visiting (Special) Judge, James K. Walker in CDC3 or the 297th Judicial District Courts of Tarrant County, Texas.

The cases that I request such MINUTES within, or CERTIFICATION that the Oath[s] prescribed by Law was administered to Mr. Walker within, are:

The State of Texas v. Jimmy W. Small (2-97-402-CR and 2-97-403-CR)
The State of Texas v. Rudy R. Garza (0557468D and 0557466D)
The State of Texas v. Russell Jay Reger (0579930D)


Pages: 1 of 2

If you are not the custodian of records for the above-listed REQUESTED documents please send me what you have, and thereafter ascertain whom the custodian of those records would be for such documents, or minutes, that you do not have, and thereafter forward this REQUEST on to them, as MANDATED under Tex. R. Jud. Admin Rule 12.6(f).

    I look forward to your response to the above-listed address within Fourteen (14) days, as explicitly MANDATED under Tex. R. Jud. Admin., Rule 12.6(b) . If you have any questions, or require a fee for these documents, please feel free to contact me at once, and let me know what is needed. Thank you for your time and consideration into this Rule 12 - REQUEST.

Sincerely,

Shirley C. Hooks
7900 St. Hwy. 155 N.
Gilmer, Texas 75644

cc: SCH-file

Pages: 2 of 2

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

May 13, 2004

CRIMINAL DISTRICT COURT THREE
Ms. Gail Cox – Administrative Clerk
Tarrant County Justice Center
401 W. Belknap
Fort Worth, Texas 76196

RE: Visiting Judge: <u>James K. Walker</u> – (Retired)
Tex. R. Jud. Admin., Rule 12 [REQUEST]

Dear Ms. Cox,

I herewith request true copies of [any] Oath[s] of Office filings, pursuant to U.S. Const. art. VI, Cl.3; and Tex. Const. art. XVI, §1(c); (d) and (f) (Vernon 1989, 1993 and 2001); as well as Official COMMISSION[S] issued under 1 T.A.C. §73.71(Vernon 1983), in regards to the above listed Retired /Visiting Judge, whom presided over cases in the CDC3 and 297th Judicial District Courts of Tarrant County, Texas, during the time periods of 1995 through 1997. Under Tex. Gov't Code §§24.004; 26.015 and 26.016 – **THE CLERK [SHALL]** enter in the minutes of the Court as part of the proceedings in the case, a record showing:

(1) that the judge of the Court is disqualified, absent, or disabled to try the cause;

(2) the name of the Special Judge (i.e., Visiting Judge) and that the parties agreed on the selection of that judge for the trial of the case; and

(3) that the oath prescribed by Law (i.e., U.S. Const. VI, Cl.3; and Tex. Const. art. XVI, §1) was administered to the Special Judge.

Pertaining to the above-requested Visiting (Special) Judge, James K. Walker in CDC3 or the 297th Judicial District Courts of Tarrant County, Texas.

The cases that I request such MINUTES within, or CERTIFICATION that the Oath[s] prescribed by Law was administered to Mr. Walker within, are:

The State of Texas v. Jimmy W. Small (2-97-402-CR and 2-97-403-CR)
The State of Texas v. Rudy R. Garza (0557468D and 0557466D)
The State of Texas v. Russell Jay Reger (0579930D)

Pages: 1 of 2

If you are not the custodian of records for the above-listed REQUESTED documents please send me what you have, and thereafter ascertain whom the custodian of those records would be for such documents, or minutes, that you do not have, and thereafter forward this REQUEST on to them, as MANDATED under Tex. R. Jud. Admin Rule 12.6(f).

I look forward to your response to the above-listed address within Four - teen (14) days, as explicitly MANDATED under Tex. R. Jud. Admin., Rule 12.6 (b). If you have any questions, or require a fee for these documents, please feel free to contact me at once, and let me know what is needed. Thank you for your time and consideration into this Rule 12 - REQUEST.

Sincerely,

Shirley C. Hooks

Shirley C. Hooks
7900 St. Hwy. 155 N.
Gilmer, Texas 75644

cc: SCH-file

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337

July 8, 2004

CRIMINAL DISTRICT COURT #1
Carol Alexander - Coordinator
401 W. Belknap St., 5th Floor
Fort Worth, Texas 76196-7213
(817)884-1255
FAX: 884-1191

> RE: Special/Visiting Judge: <u>JAMES K. WALKER</u>
> Tex. R. Jud. Admin., Rule 12 - [REQUEST]

Dear Ms. Alexander,

I have recently discovered in my research that James K. Walker had taken numerous assignments as a "Special/Visiting" Judge in Tarrant County   Trial Room "C," a/k/a: Trial Court "C" in the years 1995 through late 1996. See, **Ex Parte Dharmagunaratne,** 950 S.W.2d 140(Tex.App.-Fort Worth 1997). It was noted therein, that 874 cases were pending as of May, 1995. Id. at 149 n.29. Ms. Les -lie J. Smith was listed as Criminal Justice Manager; and Ms. Rachel Flores is listed as Court Coordinator of Trial Court "C." However, causes originally fil -ed in your Court, were transferred to Trial Court "C" during said time period.

Thus, I herewith request true copies of judicial records in your posses- sion, in regards to James K. Walker, specifically:

a) Mr. Walker's EXECUTED "Anti-bribery Oaths" and "Oaths of Office," pursuant to **Tex. Const. Art. XVI, §1(c), (d)** and **(f)**(Vernon 1989), dated: **1995; 1996** and/or **1997;** and

b) Mr. Walker's ISSUED Commissions, pursuant to 1 **T.A.C. §73.71** (Ver- non's 1983), dated: **1995; 1996** and **1997.**

Pursuant to **Article 30.05** Tex. Code Crim. Proc., and **Tex. Gov't Code §24.004** - (Vernon's 1985), you should possess these judicial records within the minutes of your administrative files.

If you are not the custodian of these requested judicial records, please ascertain whom the records custodian would be, forwarding NOTICE back to me in **fourteen (14) days** as mandated under Tex. R. Jud. Admin., Rule 12.6(b) and (f). Please send all documents back to me at the above-listed address, via U.S. 1st class mail. Thank you for your time and consideration in this REQUEST.

Sincerely,

Shirley C. Hooks

c: SCH/file
CONFIRMATION BY FAX

TRANSMISSION VERIFICATION REPORT

```
                                         TIME  : 07/08/2004 13:37
                                         NAME  :
                                         FAX   :
                                         TEL   :
```

```
        DATE,TIME              07/08  13:36
        FAX NO./NAME           16178841191
        DURATION               00:00:24
        PAGE(S)                01
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337

July 8, 2004

CRIMINAL DISTRICT COURT #1
Carol Alexander - Coordinator
401 W. Belknap St., 5th Floor
Fort Worth, Texas 76196-7213
(817)884-1265
FAX: 884-1191

RE: Special/Visiting Judge: JAMES K. WALKER
    Tex. R. Jud. Admin., Rule 12 - [REQUEST]

Dear Ms. Alexander,

I have recently discovered in my research that James K. Walker had taken numerous assignments as a "Special/Visiting" Judge in Tarrant County . Trial Room "C", a/k/a Trial Court "C" in the years 1995 through late 1996. See, Ex Parte Dharmagunaratne, 950 S.W.2d 140(Tex.App.-Fort Worth 1997). It was noted therein, that 274 cases were pending as of May, 1995, Id. at 149 n.29. Ms. Les -lie J. Smith was listed as Criminal Justice Manager; and Ms. Rachel Flores is listed as Court Coordinator of the assignment court. However, cause originally fil -ed in your Court was transferred to Trial Court "C" during said time period. Thus, I herewith request the copies of judicial records in your posses-sion, in regards to James K. Walker, specifically:

    a) Mr. Walker's EXECUTED "Anti-bribery Oaths" and "Oaths of Office," pursuant to Tex. Const. Art. XVI, §1(c),(d) and (f)(Vernon 1989), dated: 1995, 1996 and/or 1997; and

    b) Mr. Walker's ISSUED Commissions, pursuant to I T.A.C. §73.71 (Ver-



*Carol Alexander*
COURT COORDINATOR
(817) 884-1255
awalker@tarrantcounty.com

JUDGE SHAREN WILSON
CRIMINAL DISTRICT COURT NO. 1
TARRANT COUNTY JUSTICE CENTER
401 WEST BELKNAP
FORT WORTH, TEXAS 76196-7213
(817) 884-1350

VALERIE ALLEN
OFFICIAL COURT REPORTER
(817) 884-2893
vallen@tarrantcounty.com

July 13, 2004

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

RE:     Special/Visiting Judge:  James K. Walker
        Tex. R. Jud., Rule 12 – Request

Dear Ms. Hooks:

    I do not have any of the information you are asking for.  Furthermore, I do not know who you might contact to receive such information.

Sincerely,

Carol Alexander
Court Coordinator
Criminal District Court No. 1

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337

July 8, 2004

**297th** JUDICIAL DISTRICT COURT
Sara Riley - Court Coordinator
401 W. Belknap St., 5th Floor
Fort Worth, Texas 76196-0229
(817)884-1256
FAX: 884-3274

   **RE:** Special/Visiting Judge: <u>JAMES K. WALKER</u>
        Tex. R. Jud. Admin., Rule 12 - [REQUEST]

Dear Ms. Riley,

      I have recently discovered in my research that James K. Walker had taken numerous assignments as a "Special/Visiting" Judge in Tarrant County   Trial Room "C," a/k/a: Trial Court "C" in the years 1995 through late 1996. See, **Ex Parte Dharmagunaratne**, 950 S.W.2d 140, 149(Tex.App.-Fort Worth 1997). In  that case, you were specifically noted by the Court testifying about Trial Court Cs transfers and James K. Walker's assignments therein. There was also mention of 874 cases pending in Trial Court "C" in May of 1995.
      Thus, I herewith request true copies of judicial records in your possession, in regards to James K. Walker, specifically:

   a) Mr. Walker's EXECUTED "Anti-bribery Oaths" and "Oaths of Office,"
      pursuant to **Tex. Const. Art. XVI, §1(c), (d)** and **(f)**(Vernon's   -
      1989), dated in **1995; 1996** and/or **1997;** and

   b) Mr. Walker's ISSUED Commissions, pursuant to 1 **T.A.C. §73.71**(Vernon's 1983), dated **1995; 1996** and/or **1997.**

Pursuant to **Article 30.05** Tex. Code Crim. Proc., and Tex. **Gov't Code §24.004** ( Vernon's 1985), you should possess these judicial records within the   minutes of your administrative files. The Dharmagunaratne Court mentioned Ms. Leslie J Smith as being Criminal Justice Manager of Trial Court "C," and Ms. Rachel Flores as being the Court Coordinator, yet I cannot find any recent listing  for them in the Tarrant County Courthouse.
      If you are not the custodian of these requested judicial records, please ascertain whom the records custodian would be, forwarding NOTICE back to me in **fourteen (14) days** as mandated under Tex. R. Jud. Admin., Rule 12.6(b) and (f). Please send all documents found back to me at the above-listed address via 1st class mail. Thank you for your time and consideration in this REQUEST.

                                   Sincerely,

                                   _Shirley C. Hooks_

c: SCH/file
   CONFIRMATION BY FAX

```
        TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 07/08/2004 13:38
                                    NAME  :
                                    FAX   :
                                    TEL   :
```

```
    DATE,TIME               07/08  13:37
    FAX NO./NAME            18178843274
    DURATION               00:00:26
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337

July 8, 2004

**297th** JUDICIAL DISTRICT COURT
Sara Riley - Court Coordinator
401 W. Belknap St., 5th Floor
Fort Worth, Texas 76196-0229
(817)884-1256
FAX: 884-3274

  **RE:** Special/Visiting Judge: <u>JAMES K. WALKER</u>
   Tex. R. Jud. Admin., Rule 12 - [REQUEST]

Dear Ms. Riley,


  I have recently discovered in my research that James K. Walker had taken numerous assignments as a "Special/Visiting" Judge in Tarrant County Trial Room "C," a/k/a Trial Court "C" in the years 1995 through late 1996. See, **Ex Parte Dharmagunaratne**, 950 S.W.2d 140, 149(Tex.App.-Fort Worth 1997). In that case, you were specifically noted by the Court testifying about Trial Court Cs transfers and James K. Walker's assignments therein. There was also mention of 874 cases pending in Trial Court "C" in May of 1995.
  Thus, I herewith request true copies of judicial records in your possession, in regards to James K. Walker, specifically:


  a) Mr. Walker's EXECUTED "Anti-bribery Oaths" and "Oaths of Office,"
   pursuant to Tex. Const. Art. XVI, §1(c), (d) and (f)(Vernon's
   1989), dated in 1995, 1996 and/or 1997; and

  b) Mr. Walker's ISSUED Commissions



# TARRANT COUNTY
### TARRANT COUNTY JUSTICE CENTER
### FORT WORTH, TEXAS 76196-0219
### 817/884-1520

CRIMINAL DISTRICT COURT COORDINATORS

ABBY WALKER, COORDINATOR
CRIMINAL DISTRICT COURT NO. ONE

AUBREY MARSHALL, COORDINATOR
CRIMINAL DISTRICT COURT NO. TWO

CAROL CHRISTY, COORDINATOR
CRIMINAL DISTRICT COURT NO. THREE

JANICE PULLAM, COORDINATOR
CRIMINAL DISTRICT COURT NO. FOUR

RITA CORDER, COORDINATOR
MAGISTRATE COURT

SHEILA FINNEY, COORDINATOR
213th DISTRICT COURT

SARA RILEY, COORDINATOR
297th DISTRICT COURT

RICK MAGERS, COORDINATOR
371st DISTRICT COURT

LORRAINE PARHAM, COORDINATOR
372nd DISTRICT COURT

DEBI MOORE, COORDINATOR
396th DISTRICT COURT

RACHEL FLORES, COORDINATOR
TRIAL ROOM C

July 9, 2004

Ms. Shirley C. Hooks
7900 State Hwy 155 North
Gilmer, Texas 75644

Re: Special/Visiting Judge: James K. Walker
      Tex. R. Jud. Admin., Rule 12-[Request]

Dear Ms. Hooks:

I have received by fax your above referenced request of July 8, 2004. I am not the custodian of the records that you request. However, I believe that the custodian of these records is Ms. Ouida Stevens, Administrative Assistant, Eighth Administrative Judicial Region, 401 W. Belknap, Fort Worth, Texas 76196 and/or The Secretary of State of the State of Texas, P.O. Box 12697, Austin, Texas 78711.

By copy of this letter, I am referring your request to both of them along with a copy of your request of July 8, 2004, in accordance with Rule 12.6(f). Tex. R. Jud. Admin.

Very truly yours,

Sara Riley

Sara Riley

cc: Ms. Ouida Stevens
      Secretary of State of The State of Texas

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337

July 8, 2004

**372nd** JUDICIAL DISTRICT COURT
Lorrie Parham - Coordinator
401 W. Belknap St., 6th Floor
Fort Worth, Texas 76196-7119
(817)884-2995
FAX: 884-1560

      **RE:** Special/Visiting Judge: <u>JAMES K. WALKER</u>
      Tex. R. Jud. Admin., Rule 12 - [REQUEST]

Dear Ms. Parham,

    I have recently discovered in my research that James K. Walker had taken numerous assignments as a "Special/Visiting" Judge in Tarrant County Trial Room "C," a/k/a: Trial Court "C" in the years 1995 through late 1996. See, **Ex Parte Dharmagunaratne**, 950 S.W.2d 140(Tex.App.-Fort Worth 1997). It was noted therein, that 874 cases were pending as of May, 1995. Id. at 149 n.29. Ms. Les -lie J. Smith was listed as Criminal Justice Manager; and Ms. Rachel Flores is listed as Court Coordinator of Trial Court "C." However, causes originally fil -ed in your Court, were transferred to Trial Court "C" during said time period.
    Thus, I herewith request true copies of judicial records in your posses- sion, in regards to James K. Walker, specifically:

    a) Mr. Walker's EXECUTED "Anti-bribery Oaths" and "Oaths of Office," pursuant to **Tex. Const. Art. XVI, §1(c)**, **(d)** and **(f)**(Vernon 1989), dated: **1995**; **1996** and/or **1997**; and

    b) Mr. Walker's ISSUED Commissions, pursuant to 1 **T.A.C.** **§73.71** (Ver- non's 1983), dated: **1995**; **1996** and 1997.

Pursuant to **Article 30.05** Tex. Code Crim. Proc., and **Tex. Gov't Code** **§24.004**- (Vernon's 1985), you should possess these judicial records within the minutes of your administrative files.
    If you are not the custodian of these requested judicial records, please ascertain whom the records custodian would be, forwarding NOTICE back to me in **fourteen (14) days** as mandated under Tex. R. Jud. Admin., Rule 12.6(b)and (f). Please send all found documents back to me at the above-listed address,via U.S 1st Class Mail. Thank you for your time and consideration in this REQUEST.

                Sincerely,

                Shirley C. Hooks

**c:** SCH/file
CONFIRMATION BY FAX

MS. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644
(903)762-1337


July 26, 2004


TRIAL ROOM "C"
Ms. Rachel Flores - Coordinator
Tarrant County Justice Center
401 W. Belknap St.
Fort Worth, Texas 76196-0219
(817)884-1520


**RE:** Special / Visiting Judge: <u>JAMES K. WALKER</u>
Tex. R. Jud. Admin., Rule 12 — [REQUEST]


Dear Ms. Flores,

I have recently discovered within my extensive research that: <u>JAMES    K.</u> <u>WALKER</u> had taken numerous assignments as a "Special / Visiting" Judge all thro-ugh Tarrant County Courthouse, as well as within Trial Room "C," a/k/a:    Trial Court "C" in the years **1995** through late **1996**. See, **Ex Parte Dharmequnaratne** , 950 S.W.2d 140, 149(Tex.App.-Fort Worth 1997). In that case the Court explained case transfers and James K. Walker's assignments within Trial Room C. There was also mention of 874 cases pending within Trial Room "C" as of **May, 1995**.

Thus , I herewith request true copies of judicial    records in    your possession, in regards to JAMES K. WALKER; Specifically:

   a) Mr. Walker's EXECUTED "Anti-bribery Oaths" and "Oaths of Office,"
       pursuant to Tex. Const. art. XVI, §1(c), (d) and (f)( Vernon's  —
       1989), dated in 1995; 1996 and/or 1997;

   b) Mr. Walker's ISSUED commissions, pursuant to Tex. Gov't Code §601
       .005(Vernon's 1993); 1 T.A.C. §73.71(Vernon's 1983), dated  **1995**;
       **1996** and/or **1997**; and

   c) ANY EVIDENCE that Mr. Walker even had the judicial authority   to
       "Act" in such capacity from **1995**; through 1997, pursuant to  Tex.
       Gov't Code §§601.007; 601.008 and 32.302(d)(Vernon's 1985,   Supp.
       1993).


Pursuant to Article 30.05 Tex. Code Crim. Proc., and Tex. Gov't Code §24.004  — (Vernon's 1985), you MAY possess these requested judicial records within    the minutes of your administrative files. I've already contacted the Texas  Supreme Court; Secretary of State; Eighth and Ninth Administrative Judicial Regions, as well as Mr. Walker himself, and thus far, NOBODY can produce any evidence    of Mr. Walker's qualifications for office during those times. I find this fact   to be very disturbing considering the fact that Mr. Walker received untold thous — ands of dollars from the State without having the authority to do so.

Pages:  1  of  2

If you are not the custodian of these requested judicial records, please ascertain whom the records custodian would be, forwarding NOTICE back to me in **fourteen (14) days** as is mandated under Tex. R. Jud. Admin., Rule 12.6(b) and (f). Thank you for your time and consideration in this GOOD FAITH request.

Sincerely,

Ms. Shirley C. Hooks
7900 St. Hwy. 155 N.
Gilmer, Texas 75644
(903)762-1337

SCH/file

cc: Texas Judge Watch
    Mr. Dan Malone
    Ft. Worth Weekly

Pages:  2  of  2



# TARRANT COUNTY
### TARRANT COUNTY JUSTICE CENTER
### FORT WORTH, TEXAS 76196-0219
817/884-1520

CRIMINAL DISTRICT COURT COORDINATORS

BILLIE ASHTON, COORDINATOR
CRIMINAL DISTRICT COURT NO. ONE

AUBREY MARSHALL, COORDINATOR
CRIMINAL DISTRICT COURT NO. TWO

CAROL CHRISTY, COORDINATOR
CRIMINAL DISTRICT COURT NO. THREE

DEBI MOORE, COORDINATOR
CRIMINAL DISTRICT COURT NO. FOUR

RITA CORDER, COORDINATOR
MAGISTRATE COURT

SHEILA FINNEY, COORDINATOR
213th DISTRICT COURT

SARA RILEY, COORDINATOR
297th DISTRICT COURT

RICK MAGERS, COORDINATOR
371st DISTRICT COURT

LORRAINE PARHAM, COORDINATOR
372nd DISTRICT COURT

RACHEL FLORES, COORDINATOR
TRIAL ROOM C

JANICE PULLAM, COORDINATOR
TRIAL ROOM D

August 9, 2004

Ms. Shirley C. Hooks
7900 State Hwy 155 North
Gilmer, Texas 75644

Re: Special/Visiting Judge: James K. Walker
      Tex. R. Jud. Admin., Rule 12-[Request]

Dear Ms. Hooks:

Your letter dated July 26, 2004, addressed to Ms. Rachel Flores has been passed to me since Ms. Flores no longer works in the coordinator's office. Neither Ms. Flores nor anyone in the coordinator's office are the custodians of the records you seek. As I informed you by my letter of July 9, 2004, I am not the custodian of the records that you request. However, I believe that the custodian of any records would be Ms. Ouida Stevens, Administrative Assistant, Eighth Administrative Judicial Region, 401 W. Belknap, Fort Worth, Texas 76196 and/or The Secretary of State of the State of Texas, P.O. Box 12697, Austin, Texas 78711.

By copy of this letter, I am referring your request to both of them along with a copy of your request of July 26, 2004, in accordance with Rule 12.6(f). Tex. R. Jud. Admin.

Very truly yours,

Sara Riley

cc: Ms. Ouida Stevens

      Secretary of State of The State of Texas
      Statutory Documents Section
      P.O. Box 12697
      Austin, Texas 78711

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

February 26, 2004

Mr. James K. Walker
Senior District Judge
218 Sandalwood St.
Levelland, Texas 79336
(806)894-9036

**RE:** Texas Rules of Judicial Administration, Rule 12 - REQUEST

Dear Mr. Walker,

I herewith request true copies of your "Anti-bribery" and Official "Oath of Office" filings, taken under the mandates of Texas Constitution, art. XVI , §1(c), (d) and (f)(Vernon 1989), between the years: 1996 and 1997. Through my research, I have discovered through the Office of the Secretary of State, that your first Oath filings were dated **January 05, 1987** and **September 25, 2000.** You were originally elected to preside over the **286th** Judicial District Court of Hockley / Cochran Counties. In 1991, you were defeated in reelections. You then became a "former-visiting" Judge until you elected to retire on **January 31, 1996.** On **February 8, 1996,** the Honorable Thomas R. Phillips accepted your election pursuant to Tex. Gov't Code §75.001.

During **April, 1996** through **April, 1997,** the Ninth Administrative Judicial Region, presiding Judge assigned you over to the Eighth Administrative Judicial Region, presiding Judge for assignments. You sat on several benches as a "retired-former" visiting Judge thereafter, and one published case attest to this fact. See, **Ex Parte Dharmagunaratne,** 950 S.W.2d 140(Tex.App.-Fort Worth 1997). On **September 23, 2003,** presiding Judge Kelly G. Moore responded to one of my requests (attached heretowith), and explicitly stated that you HAD NOT executed an Oath of Office after you retired in **1996,** and prior to your having taken assignments as a "retired-former" visiting Judge.

I've searched high and low to answer my question if you TOOK, SUBSCRIBED TO and/or FILED your required Oaths after you retired on **January 31, 1996** and so far, everyone has told me that you DID NOT. Thus, my REQUEST to you is: Did you take, subscribe to, or file your Oaths pursuant to the mandates under **Art. XVI, §1(c), (d) and (f)** of the 1989 Amended Texas Constitution after you retired on **January 31, 1996?** If you claim that you did, then forward me true and correct copies of those completed Oaths. If you claim that you did not, then simply say so, in explicit, layman terms and I will be finished in this matter and you will never hear from me again.

Pages: 1 of 2

I am not interested in your **January 05, 1987** Oath filings; nor your other filing, on **September 25, 2000**, because neither of those Oaths allowed for you to be Constitutionally qualified to "Act" as a "former/retired" visiting Judge, through the years **1996**, through **1997**. Your statutory filings under Tex. Gov't Codes §§74.055; 74.0551 and 75.001 did not make you Constitutionally qualified to "Act" as a "former/retired" visiting Judge through the years **1996**, through **1997** as well. I, along with alot of other concerned Texas Citizens have been doing research about this subject, and know that the failure to renew Oaths by "former/retired/senior" Judges in the 1990's was very common. I am not here to see that you are punished, nor exposed to the masses; yet am simply seeking an admission from you. I am enlightened under the holdings of **Prieto Bail Bonds v. The State of Texas**, 994 S.W.2d 316(Tex.App.-El Paso 1999, pet. ref'd). I know that your **1987** Oath "expired" when you were defeated in reelection in **1991**. I know that your terms as a "former" visiting Judge were Two years thereafter, and that you were again required to renew your Oath when you retired on **January 31, 1996.** That ended your "term" once again. I would implore you to be truthful in this matter, and admit to the obvious fact that you were not Constitutionally - qualified to "Act" as a "Retired/Former" visiting Judge during **1996** through the year **1997.**

If anything further is required of me, please feel free to contact me at the above-listed address. I would thank you for your time in this matter, and eagerly await your REPLY in **Fourteen (14) days** after receipt of this Rule 12 REQUEST.

Very Truly Yours,

Shirley Carter Hooks

Shirley Carter Hooks

**cc:** SCH-file
CMRRRRD- 7003 2260 0005 2421 0381

Pages: 2 of 2

UNDER THIS COVER:   [A]

NINTH ADMINISTRATIVE JUDICIAL REGION, PRESIDING JUDGE Kelly G. Moore

Dated: September 23, 2003

 # NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

September 23, 2003

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

Re: Records Request of Retired/Former Judge James K. Walker

Dear Ms. Hooks:

I received your request on September 22, 2003. You have requested four separate items as follows:

(1)  A copy of the order assigning Judge James K. Walker from the Ninth Administrative Judicial Region to the Eighth Administrative Judicial Region for re-assignment for April, 1996.

**I do not have a copy of the assignment requested. My office does not retain copies of assignments for an indefinite period of time, and the record requested has been destroyed.**

(2)  A copy of Judge Walker's order of assignment by the presiding judge to preside over certain trials in Tarrant County between April 8, 1996 and April 12, 1996.

**I am not the custodian of this record. The custodian of this record would either be the Eighth Administrative Judicial Region or the District Clerk of Tarrant County, Texas.**

**By copy of this letter, I am forwarding a copy of this response together with a copy of your original request to the Eighth Administrative Judicial Region and the Tarrant County District Clerk at the addresses shown herein.**

Ms. Shirley C. Hooks
September 23, 2003
Page Two

_____

(3)  A copy of Judge Walker's anti-bribery oath filed with the Secretary of State prior to presiding over a certain trial between April 8, 1996 and April 12, 1996.

**As far as I know, this document does not exist.  It is my understanding that Judge Walker did not execute an anti-bribery oath at any time during or prior to the year 1996.**

(4)  A copy of an oath of office signed by Judge Walker between April 8, 1996 and April 12, 1996.

**As far as I know, this document does not exist.  It is my understanding that Judge Walker did not execute an oath of office at any time during or prior to the year 1996.**

Sincerely,

Kelly G. Moore
KGM/cb


cc:    Hon. Jeff Walker
       Eighth Administrative Judicial Region
       Tarrant County Justice Center
       401 W. Belknap
       Fort Worth, Texas 76196

       Tarrant County District Clerk
       Tarrant County Justice Center
       401 W. Belknap
       Fort Worth, Texas 76196



**UNITED STATES POSTAL SERVICE**®

## Track & Confirm

**Current Status**

You entered 7003 2260 0005 2421 0381

Your item was delivered at 11:11 am on March 01, 2004 in LEVELLAND, TX 79336.

( Shipment Details > )

**Notification Options**

▶ Track & Confirm by email    **What is this?**    ( Go > )

**POSTAL INSPECTORS**
Preserving the Trust

site map
Copyright © 1999-2002 U...

**Track & Confirm**

Enter label number:

---

**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Postmark Here

Cl rk: KBGY44
02 27/04

Sent To
Mr. James K. Walker
Street, Apt. No.; or PO Box No.  218 Sandalwood St.
City, State, ZIP+4
Levelland, Texas      79336

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. James K. Walker
Senior District Judge
218 Sandalwood St.
Levelland, Texas 79336
(806)894-9036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Aleea K. M_          ☐ Agent
                        ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
James K. Walker

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

DELIVERY RESTRICTED TO MR.
JAMES K. WALKER (ONLY)....

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.   7003 2260 0005 2421 0381        [LTR]

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

---