Ms. Shirley C. Hocks
7900 State Hwy. 155 North
Gilmer, Texas 75644

April 3, 2004

Mr. James K. Walker
Senior District Judge
218 Sandalwood St.
Levelland, Texas 79336
(806)894-9036

RE: Texas Rules of Judicial Administra[tion]

Dear Mr. Walker,

    I herewith request a true copy of your Official "COMMISSION[S]" to [Act] as a Judicial and/or Public Official, which should have been received by you on, or within the years: 1987; 1991; 1996 and 2000. Such would have been issued to you by the Secretary of State, pursuant to 1 T.A.C. §73.71(Vernons 1983) after filing your Official Oaths with said Office, pursuant to Texas Constitution Article XVI, §1(c); (d) and (f)(Vernons 1956 & 1989).

    If you are not the custodian of these requested records, please ascertain whom that person, or Office would be, and forward this REQUEST on to them while at same time, giving notice back to me. See, Tex. R. Jud. Admin., Rule 12.6(f). I look forward to receiving action on this REQUEST within **Fourteen (14) days** as MANDATED under Tex. R. Jud. Admin., Rule 12.6(b).

    Please also be advised that your continued silence, or non-compliance in these REQUEST[S] will be judicially taken as an admission by you, that no official COMMISSION was ever forwarded to you, due to your failure to have retaken, or refiled your Official Oaths with the Secretary of State. Furthermore such inaction by your not responding to this REQUEST, nor my prior Rule - 12 REQUEST (CMRRR #7003 2260 0005 2421 0381 signed by you 03/01/04 11:11A.M.) is being done in BAD FAITH by you, and is in violation of Texas Cannon Codes, and Texas State Bar Professional Rules of Disciplinary Conduct. See, Tex. R. Jud. Admin., Rule 12.10. I am simply seeking the truth in this matter and, will so take all necessary "Judicial," or "Administrative" steps to obtain the truth by you. Your silence is a clear act of deception, and being done in BAD FAITH.

    Thank you once again for your time and consideration in this GOOD FAITH matter.

Sincerely,

*Shirley C. Hocks*

cc: SCH-file
    CMRRRD- 7003 2260 0000 8186 1224

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Mr. James K. Walker
Street, Apt. No.; or PO Box No.: 218 Sandalwood St.
City, State, ZIP+4: Levelland, Texas 79336

PS Form 3800, June 2002     See Reverse for Instructions

Ms. Wyona Ard
603 S. Parkway Dr.
Apartment - #39
Alvarado, Texas 76009-5523

April 5, 2004

Mr. James K. Walker
Attroney At Law/Senior Dist. Judge
218 Sandalwood Street
Levelland, Texas 79336
(806)894-9036

RE: Texas Rules of Judicial Administration, Rule 12 - Request
Certified Mail (Restricted Delivery) RRR #[7003 2260 0000 8186 1231].

Dear Mr. Walker,

In January, 1987 you became Judge of the 286th Judicial District Court for Hockley/Cochran Counties. Thus, I herewith request a true copy of your Official-["Commission"] to act as a Judicial and/or Public Official in 1987. Such would have been issued and forwarded to you by the Texas Secretary of State, pursuant to Texas Administrative Code title 1, § 73.71.

If you are not the Custodian of the above requested record, please ascertain who that person would be and forward this request on to them, while giving written notice to me per Rule 12.6(f). I look forward to receiving action on this request within fourteen (14) days as mandated Under Rule 12.6 (b). A failure to answer the foregoing request would violate the Canons Code of Judicial Conduct. See Rule 12.10.

Thank you for your time and consideration in this Good Faith matter.

Sincerely And Respectfully Submitted,

/S/ *Wyona Ard*
Wyona Ard - Requestor

cc: W/Ard.files



Ms. Wyona Ard
603 S. Parkway Dr., Apt. #39
Alvarado, Texas 76009-5530

June 22, 2004

James K. Walker
Senior District Judge
218 Sandelwood
Levelland, Texas 79336
(806)894-9036

RE: Tex. R. Jud. Admin., Rule 12 REQUEST

Your Honor, Judge Walker,

Thank you for your June 14, 2004 reply letter to the Office of Court Administration in which you also sent to me. Enclosed please find my official Rule 12 Request to NINTH ADMINISTRATIVE JUDICIAL REGION, Presiding Judge Kelly G. Moore, in addition to the copy of your June 14, 2004 reply letter also sent to his address. I am aware that in past, other Rule 12 Requests have been made to Presiding Judge Moore, requesting copies of your Judicial records, and he has, in turn forwarded them back to you, yet you've never made timely reply thereafter, as mandated under Rule 12. So, this is my reason for sending you copy now.

Sir, I mean you no disrespect at all. As Citizens of the United States, and the State of Texas, we must all comply with a never ending list of laws and rules in our daily affairs. Texas Judge Watch has done a years worth of research into your mandated Oath filings, to more then 30 seperate locations and have come up empty handed on each request thus far. If you would simply admit that you mistakenly failed to renew your Oaths from 1991, through 1999, you wouldn't hear another request come from Texas Judge Watch, and all complaints on file at this time against you, would be dropped. We are simply seeking the truth. Please take the time to review Mr. Dan Malone's recent articles in the Fort Worth Weekly News, titled: "So Help Me God" (Dated: March 27, 2003);/and "Black Robes and Big Questions" (Dated: March 10, 2004). The issue of Senior Judges mistaken-ly failing to renew their Oaths in the 1990's is State wide, and well known.

I must also warn you, that Texas Judge Watch currently has other same answers from Senior Judges claiming that they had taken their Oaths in the 1990's and then blaming the Administrative Judicial Region Offices for having "misleid" them. Texas Judge Watch already has an explicit answer from Judge Moore stating that you never renewed, nor filed any Oath with his Office in 1991, through the period of 1999. This issue can be put to rest now, and forever, if you would be so kind to simply admit the truth.

Thank you for your time and consideration in this GOOD FAITH matter.

Sincerely,

cc: WA/file
    Texas Judge Watch
    Mr. Dan Malone

Ms. Wyona Ard
603 S. Parkway Dr., Apt. #39
Alverado, Texas 76009-5530

June 22, 2004

NINTH ADMINISTRATIVE JUDICIAL REGION
Presiding Judge, Kelly G. Moore
500 W. Main, Rm 204W
Brownfield, Texas 79316
(806)637-1329
FAX: 637-8918

    RE: Senior District Judge: <u>James K. Walker</u>
        Tex. R. Jud. Admin., Rule 12

Your Honor, Judge Moore,

    The above mentioned Judge was originally "elected" by the people to preside over the 286th Judicial District Court of Hockley / Cochran County, Texas; from 1984, through 1991, when he was then defeated in reelections. I've made Rule 12 Requests to the Secretary of State; Supreme Court of Texas - Chief Justice Thomas R. Phillips; Eighth Administrative Judicial Region, Presiding Judge Jeff Walker; the District / Administrative Clerks of Tarrant, Cochran and Hockley Counties, requesting EXECUTED Oaths of Office made and filed by: <u>James K. Walker</u>. To date, NO ONE has found any Oaths on file from 1991, through 1999.
    I even attempted to File Rule 12 Request directly to Mr. Walker on April 5, 2004; yet Mr. Walker REFUSED my certified request, just as he's also done to several other citizens around this State, and which you have also been made well aware. I filed Appeal to the Office of Court Administration (Appeal No.:04-001), on May 24, 2004. On June 7, 2004, Ms. Alicia G. Key wrote request to Mr. Walker. On June 14, 2004, Mr. Walker finally came out of hiding and made reply, claiming that YOUR Office possesses [All] judicial records (i.e., Oaths) that I've been requesting from him to no avail.
    I herewith REQUEST that you now, please furnish me with clear, clean copies of:

    a) Mr. Walker's EXECUTED Oath of Office while he was elected to preside over the 286th Judicial District Court, for or about the year 1984;

    b) Mr. Walker's COMMISSION issued to him by the Secretary of State under 1 T.A.C. §73.71 after he EXECUTED Oath of Office in or about the year 1984;

    c) Mr. Walker's EXECUTED Oath of Office while he was elected to preside over the 286th Judicial District Court, dated: January 05, 1987;

Pages: 1 of 2

d) Mr. Walker's COMMISSION issued to him by the Secretary of State under 1 T.A.C. §73.71 after he EXECUTED Oath of Office dated for January 05, 1987;

e) Mr. Walker's EXECUTED "Anti-bribery Oath" after Tex. Const. XVI, §1(c), (d) and (f) was AMENDED September 01, 1989;

f) Mr. Walker's EXECUTED Oath[s] of Office after he became a FORMER District Judge in 1991, through 1996, renewed each two (2) years pursuant to Tex. Const. art. XVI, §1(c), (d) and (f); art. XVI, §30(a); and Tex. Gov't Codes §§74.055 and 74.0551; and

g) Mr. Walker's EXECUTED Oath[s] of Office after he ELECTED to RE-TIRE on January 31, 1996, and began presiding over various trials thereafter, to present date, as a SENIOR District Judge, renewed each two (2) years pursuant to Tex. Const. art. XVI, §1(c), (d) and (f); art. XVI, §30(a); and Tex. Gov't Codes §§74.055 and 74.0551, respectively.

If you are not the custodian of my REQUESTED Judicial records herein; please ascertain who the custodian of those records would be, then forwarding my REQUEST and giving me NOTICE of having done so in Fourteen (14) days, pursuant to Tex. R. Jud. Admin., Rule 12.6(b) and (f).

Thank you for your time and consideration in this GOOD FAITH matter.

Respectfully,

Ms. Wyona Ard

cc: James K. Walker
Senior District Judge
218 Sandalwood
Levelland, Texas 79336
(806)894-9036

Texas Judge Watch
Mr. Dan Malone

Pages: 2 of 2

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

August 9, 2004

Mr. James K. Walker
Senior District Judge
218 Sandalwood St.
Levelland, Texas 79336
(806)894-9036

RE: DEMAND FOR EVIDENCE OF YOUR AUTHORITY TO ACT AS A STATE OFFICER
Tex. Gov't Cd. §§32.302(d); 601.005; 601.007 and 601.008(Vernon 1985; 1993; Supp. 1997); Tex. R. Jud. Admin., Rule 12 [REQUEST]

Dear Mr. Walker,

After making more than forty (40) records requests to various State Agencies, ranging from the Supreme Court of Texas; all the way down to Deputy Clerk and Court Coordinator's within the many Court's you've presided over as a Visiting (Special) Judge; NO ONE, not one single person has produced evidence that you had the authority to "Act" as a Former / Retired / Senior - Visiting - (Special) Judge, between the years 1991, through September 25, 2000.

It would be safe for me to assume also, that you requested, and received compensations from the State Comptroller's Office, from February, 1991, through September 25, 2000. Tex. Gov't Code §32.302(d) states that you had to submit sworn accounts to the Comptroller of Public accounts and that such be accompanied by EVIDENCE that you were properly COMMISSIONED, certified to be correct by a Judge, or Clerk of the Judicial District in which you performed services. See Also, Tex. Gov't Code §659.012(d) and Chapter 660. It is this EVIDENCE that I now seek from you. It can be dated at anytime, between 1991, through September 25, 2000. I am not picky.

On March 01, 2004; you also received my last request for judicial records and ignored said, even though your signature is on the return receipt card. The Request had an attached letter from Presiding Judge Kelly G. Moore in the Ninth Administrative Judicial Region, also claiming that you had no prior Oaths filed within that office, save for the September 25, 2000 Oaths. Please be advised at this time, that if you continue to ignore this REQUEST, I will file Petition - For Review to the Office of Court Administration. Please respond to this REQUEST within fourteen (14) days, as is mandated under Tex. R. Jud. Admin., Rule 12.6(b) and (f).

Thank you for your time and consideration in this GOOD FAITH request.

SCH/file
cc: Texas Judge Watch
    Mr. Dan Malone
    www.ftwweekly.com

Very truly yours,

*Ms. Shirley C. Hooks*

Ms. Shirley C. Hooks

**JAMES K. WALKER**
Senior District Judge
218 Sandalwood
Levelland, Texas 79336
Phone 806-894-9036
August 23, 2004

Ms. Shirley C. Hooks
7900 State Hwy 155 North
Gilmer, Texas 75644

Re: Demand for evidence of authority to act as a state officer

Mrs. Hooks:

The letter you sent to me with the above reference, does not appear to request the information referenced. Before I can respond you need to furnish me the following:

1. Complete reason why you need the information.
2. Your proposed use of the information.
3. All reasons why you think you are entitled to the information.
4. All persons who you may represent in obtaining this information.

Do not fail to completely answer the above questions. It will result in further delay in getting a response.

James K. Walker

cc:

Ms. Alicia G. Key
Administrative Director
Office of Court Administration
P. O. Box 12066
Capitol Station
Austin, Tx 78711

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

September 9, 2004

OFFICE OF COURT ADMINISTRATION
Ms. Alicia G. Key - Admin. Director
P.O. Box 12066, Capitol Station
Austin, Texas 78711-2066
(512)463-1625

    RE: PETITION FOR REVIEW / RESPONSE
        James K. Walker

Dear Ms. Key,

    Enclosed please find my response to Mr. James K. Walker's August 23, 2004 reply and demand to myself. As you can see, Mr. Walker has disregarded the mandates under Tex. R. Jud. Admin., Rule 12.6(g). I nevertheless gave response and attached an earlier Rule 12 request that he had simply ignored. Mr. Walker is well aware of what information I seek; claims to have executed such, and then cannot produce copies, nor any records of just where copies may be located.

    Furthermore, I understand that your Office cannot require Mr. Walker to answer my Rule 12 requests; but you do have the authority to reprimand him for failing to adhere to Rule 12, pursuant to Rule 12.9 and 12.10. I am growing very tired of being ignored, or sent in circles. It blows my mind to fathom, know that our judicial officials, and the judicial administration is in such disrepair. No one in State Office seems to care less that person's were donning black robes all through the 1999's without having the authority to do so, and then requesting and receiving untold millions of tax dollars from the Comptroller. I am more, and more amazed with each new request, because the more I dig, the more disrepair I find.

    Thank you for your time and consideration in this good faith matter.

                                  Sinerely,

                                  *Ms. Shirley C. Hooks*

SCH/file
Texas Judge Watch
Mr. Dan Malone
www.fwweekly.com

                                  Ms. Shirley C. Hooks

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

September 9, 2004

NINTH ADMINISTRATIVE JUDICIAL REGION
Presiding Judge, Kelly G. Moore
500 W. Main St.
Brownfield, Texas 79316

    RE: James K. Walker

Your Honor, Judge Moore,

    Enclosed please find my response to Mr. Walker's August 23, 2004 – REPLY which has also been forwarded to Ms. Alicia G. Key, in the Office of Court-Administration. Maybe, just maybe I will finally gain answers in this venture?

    Thank you for your time and consideration in this good faith matter.

                              Very Truly Yours,

                              *Ms. Shirley C. Hooks*

                              Ms. Shirley C. Hooks


SCH/file
Texas Judge Watch
Mr. Dan Malone
www.fwweekly.com

Ms. Shirley C. Hooks
7900 State Hwy 155 North
Gilmer, Texas 75644

September 9, 2004

Mr. James K. Walker
Senior District Judge
218 Sandalwood
Levelland, Texas 79336
(806)894-9036

     **RE:** DEMAND FOR EVIDENCE OF [YOUR] AUTHORITY TO ACT AS A STATE OFFICER
          BETWEEN THE YEARS 1991 - 1999

Mr. Walker,

    Texas Rules of Judicial Administration, Rule 12.6(g) - explicitly prescribes that:

> "[A] person requesting a judicial record **may not be asked to disclose the PURPOSE of the request as a condition of obtaining the judicial record**. But a records custodian may make inquiry to establish the proper identification of the requestor or to clarify the nature or scope of a request."

In your August 23, 2004 - REPLY to my original Rule 12 / Tex. Gov't Code §601.007 REQUEST; you specifically demanded that I give you the:

    (1)- Complete reason why [I] need the information;
    (2)- [My] proposed use of the information;
    (3)- All reasons why [I] think [I am] entitled to the information; and
    (4)- All persons who [I] may represent in obtaining this information.

The only request allowed by yourself, to myself as a "condition" of release is your number (4) above. Accordingly, your numbers (1), (2) and (3) are improper under Rule 12.6(g) and I do not have to such answer them. Now if you choose to further refuse me access, you'll only be further violating Rule 12.10 [SANCTIONS] and be left to answer to higher authorities.

    In regards to your question number (4), I represent as a member of Texas Judge Watch; which in turn represents each and every tax paying voter in Texas. We, THE VOTERS of Texas approved the amendment to Texas Constitution article XVI §1 in 1989, which included the Anti-bribery Oath requirements. You however failed to comply with that Constitutional mandate from 1991, through 1999 according, to my exhaustive research. In order for yourself to have had lawful authority as a State Officer (i.e., Special / Visiting Judge) during those time periods, you were mandated to execute those Oaths at the beginning of EACH two year term period, pursuant to Tex. Const. art. XVI, §30a and Tex. Gov't Code §§74.055 and 74.

Pages: 1 of 2

0551. Without complying with those mandates, no commission was ever issued to yourself under Tex. Gov't Code §601.005, or 1 T.A.C. §73.71. Thus, you had NO legal authority to request, nor receive compensation or salary from the Texas Comptroller, under Tex. Gov't Code §§32.302(d); 601.007; 601.008 and/or Chapter 659 and 660.

    To date, I've mailed you the ATTACHED, which you received on March 1, 2004 by your signature thereto. You ignored that request. Ms. Wyona Ard, another member of Texas Judge Watch also made request to yourself, and you thereafter only went on to deceive not only herself, but also the Office of Court Administra-tion by claiming that your Oaths sought by her were on file with Kelly G. Moore, Presiding Judge of the Ninth Administrative Judicial Region. Now I say that you deceived them, due to the very fact that you had had possession of my March 01, 2004 request, which had attached letter from Judge Moore to myself to which explicitly stated that you had NO OATHS on file within his Office, before September of 2000.

    Texas Judge Watch is presently reviewing over one hundred judges in Texas at this very date. Each one having acted as a Former / Senior (Special / Visit-ing) Judge in the 1990's. Each one like yourself, having no authority to Act in such capacity for failing to adhere to the Texas Constitution Oath requirements voted into effect by Texas Voters. I am loosing patience with the "Brick Walls" I continually run into just trying to find evidence of ones authority to Act during those time periods, which should not be happening. All I've ever asked you to do, in my first Rule 12 REQUEST attached, was for yourself to simply ad-mit to myself that you had failed to renew your Oaths from 1991, through 1999. You've already readily admitted same to Pamela Hand within a phone conversation in May, 2004. Now, if you'd simply admit such to myself in writing, you'd then never hear another request from me, nor anyother member of Texas Judge Watch. I would even be willing to sign a release with you. However, you have chosen to ignore and deceive. Consequently, to date, you are now under investigation with the Texas Commission on Judicial Conduct, and the State Bar. I reiterate to you once again, that I am not here to see that you punished for your oversights; nor exposed. Simply tell me the truth, and the complaints, as well as myself will go away. However, if you contend that you filed Oaths between 1991, through the year 1999 - PRODUCE COPIES. I've checked with over 50 State locations thus far, and none have copies or records of any Oath filings by yourself during those time periods. You have filed Oaths in 2/84; 10/84; 1987; late 1999 and then in September, 2000. Your 1987 Oath expired when you lost reelections in the 286th. From 1991, through 1996, you served as a Former / Visiting Judge. On January 31 1996, you retired, and continued taking assignments as a Senior / Visiting Jud-ge to date. What gave you authority to serve as a Visiting Judge?

    Do not fail to comply with my good faith requests. It will result in the amending of CJC and State Bar Grievances already on file against yourself, for Rule 12.10 violations and deceptive acts.

CMRRR 7003 3110 0000 9919 3600  
Ms. Alicia G. Key - Admin. Dir.  
Office of Court Administration  
P.O. Box 12066  
Austin, Texas 78711-2066  

Hon. Judge Kelly G. Moore  
Ninth Admin. Jud. Region  

Sincerely,

*Ms. Shirley C. Hooks*

Ms. Shirley C. Hooks

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

February 26, 2004

Mr. James K. Walker
Senior District Judge
218 Sandalwood St.
Levelland, Texas 79336
(806)894-9036

RE: Texas Rules of Judicial Administration, Rule 12 - REQUEST

Dear Mr. Walker,

    I herewith request true copies of your "Anti-bribery" and Official "Oath of Office" filings, taken under the mandates of Texas Constitution, art. XVI, §1(c), (d) and (f)(Vernon 1989), between the years: 1996 and 1997. Through my research, I have discovered through the Office of the Secretary of State, that your first Oath filings were dated **January 05, 1987** and **September 25, 2000**. You were originally elected to preside over the **286th** Judicial District Court of Hockley / Cochran Counties. In **1991**, you were defeated in reelections. You then became a "former-visiting" Judge until you elected to retire on **January 31, 1996**. On **February 8, 1996**, the Honorable Thomas R. Phillips accepted your election pursuant to Tex. Gov't Code §75.001.
    During **April, 1996** through **April, 1997**, the Ninth Administrative Judicial Region, presiding Judge assigned you over to the Eighth Administrative Judicial Region, presiding Judge for assignments. You sat on several benches as a "retired-former" visiting Judge thereafter, and one published case attest to this fact. See, **Ex Parte Dharmagunaratne**, 950 S.W.2d 140(Tex.App.-Fort Worth 1997). On **September 23, 2003**, presiding Judge Kelly G. Moore responded to one of my requests (attached heretowith), and explicitly stated that you HAD NOT executed an Oath of Office after you retired in **1996**, and prior to your having taken assignments as a "retired-former" visiting Judge.
    I've searched high and low to answer my question if you TOOK, SUBSCRIBED TO and/or FILED your required Oaths after you retired on **January 31, 1996** and so far, everyone has told me that you DID NOT. Thus, my REQUEST to you is: Did you take, subscribe to, or file your Oaths pursuant to the mandates under **Art. XVI, §1(c), (d) and (f)** of the 1989 Amended Texas Constitution after you retired on **January 31, 1996**? If you claim that you did, then forward me true and correct copies of those completed Oaths. If you claim that you did not, then simply say so, in explicit, layman terms and I will be finished in this matter and you will never hear from me again.

Pages: 1 of 2

    I am not interested in your **January 05, 1987** Oath filings; nor your other filing, on **September 25, 2000**, because neither of those Oaths allowed for you to be Constitutionally qualified to "Act" as a "former/retired" visiting Judge, through the years **1996**, through **1997**. Your statutory filings under Tex. Gov't Codes §§74.055; 74.0551 and 75.001 did not make you Constitutionally qualified to "Act" as a "former/retired" visiting Judge through the years **1996**, through **1997** as well. I, along with alot of other concerned Texas Citizens have been doing research about this subject, and know that the failure to renew Oaths by " former/retired/senior" Judges in the 1990's was very common. I am not here to see that you are punished, nor exposed to the masses; yet am simply seeking an admission from you. I am enlightened under the holdings of **Prieto Bail Bonds v. The State of Texas**, 994 S.W.2d 316(Tex.App.-El Paso 1999, pet. ref'd). I know that your 1987 Oath "expired" when you were defeated in reelection in **1991**. I know that your terms as a "former" visiting Judge were Two years thereafter, and that you were again required to renew your Oath when you retired on **January 31, 1996**. That ended your "term" once again. I would implore you to be truthful in this matter, and admit to the obvious fact that you were not Constitutionally - qualified to "Act" as a "Retired/Former" visiting Judge during **1996** through the year **1997**.

    If anything further is required of me, please feel free to contact me at the above-listed address. I would thank you for your time in this matter, and eagerly await your REPLY in **Fourteen (14) days** after receipt of this Rule 12 REQUEST.

Very Truly Yours,

*Shirley Carter Hooks*

Shirley Carter Hooks

**cc:** SCH-file
    CMRRRRD- 7003 2260 0005 2421 0381

# A

UNDER THIS COVER: [A]

NINTH ADMINISTRATIVE JUDICIAL REGION, PRESIDING JUDGE Kelly G. Moore

Dated: September 23, 2003



# NINTH ADMINISTRATIVE JUDICIAL REGION

**Kelly G. Moore**
Presiding Judge

**Jill Kingsley**
Administrative Assistant

500 W. Main, Rm. 204W
Brownfield, Texas 79316

Phone (806)637-1329
Fax (806)637-8918

Email Ninthregion@aol.com

September 23, 2003

Ms. Shirley C. Hooks
7900 State Hwy. 155 North
Gilmer, Texas 75644

Re: Records Request of Retired/Former Judge James K. Walker

Dear Ms. Hooks:

I received your request on September 22, 2003. You have requested four separate items as follows:

(1) A copy of the order assigning Judge James K. Walker from the Ninth Administrative Judicial Region to the Eighth Administrative Judicial Region for re-assignment for April, 1996.

**I do not have a copy of the assignment requested. My office does not retain copies of assignments for an indefinite period of time, and the record requested has been destroyed.**

(2) A copy of Judge Walker's order of assignment by the presiding judge to preside over certain trials in Tarrant County between April 8, 1996 and April 12, 1996.

**I am not the custodian of this record. The custodian of this record would either be the Eighth Administrative Judicial Region or the District Clerk of Tarrant County, Texas.**

**By copy of this letter, I am forwarding a copy of this response together with a copy of your original request to the Eighth Administrative Judicial Region and the Tarrant County District Clerk at the addresses shown herein.**

Ms. Shirley C. Hooks
September 23, 2003
Page Two

---

(3) A copy of Judge Walker's anti-bribery oath filed with the Secretary of State prior to presiding over a certain trial between April 8, 1996 and April 12, 1996.

**As far as I know, this document does not exist. It is my understanding that Judge Walker did not execute an anti-bribery oath at any time during or prior to the year 1996.**

(4) A copy of an oath of office signed by Judge Walker between April 8, 1996 and April 12, 1996.

**As far as I know, this document does not exist. It is my understanding that Judge Walker did not execute an oath of office at any time during or prior to the year 1996.**

Sincerely,

Kelly G. Moore
KGM/cb


cc: Hon. Jeff Walker
Eighth Administrative Judicial Region
Tarrant County Justice Center
401 W. Belknap
Fort Worth, Texas 76196

Tarrant County District Clerk
Tarrant County Justice Center
401 W. Belknap
Fort Worth, Texas 76196







# Track & Confirm

### Current Status

You entered 7003 2260 0005 2421 0381

Your item was delivered at 11:11 am on March 01, 2004 in LEVELLAND, TX 79336.

( Shipment Details > )

### Notification Options

▸ Track & Confirm by email    What is this?   ( Go > )

### Track & Confirm
Enter label number:



Track & Confirm FAQs



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output                    3/4/2004



# Track & Confirm

**Current Status**

You entered 7003 3110 0000 9919 3600

Your item was delivered at 10:46 am on September 17, 2004 in LEVELLAND, TX 79336.

( Shipment Details > )

**Track & Confirm**
Enter label number:

Track & Confirm FAQs

**Notification Options**

▸ Track & Confirm by email   What is this?   ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JAMES K. WALKER
Senior District Judge
218 Sandalwood
Levelland, Texas 79336
(806)894-9036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _James K. Walker_   ☐ Agent  ☒ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_James K. Walker_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7003 3110 0000 9919 3600     [R12RQST]

Form 3811, August 2001     Domestic Return Receipt     102595-02-M